United States District Court
District Of Connecticut                    2003 DEC 31  P 3:50

Eduardo Martinez, Pro-Se
   PLAINTIFF
                                           CV: 00.1140 (DJS)(TPS)
         v.
Capt. Wier Et. Al.                         December 28, 2003
   DEFENDANT

## Motion to Re-Open Civil Complaint

The Plaintiff in the above captioned case makes this "Motion To Re-Open Civil Complaint" for the reasons as follows:

1# On or about January 12, 2001 this District Court ordered the Plaintiff to complete 285 U.S. Marshall Service Forms; Notice of Law Suit, Waiver of Service of Summons within (20) twenty days.

2# On or about January 30, 2001 the Clerk of the Court sent the Plaintiff the Court Order and forms mentioned in paragraph 1# (18) eighteen days after the Magistrate Holly B. Fitzsimmons made the order. The Plaintiff having been housed in Virginia recieved such order on or about February 5, 2001, (24) twenty four days later.

3# On or about February 6, 2001 the Plaintiff having been housed in Virginia and segregation gave the floor officer of the C-4 Unit a package containing the 285 U.S. Marshal Form; Notice of Law Suit; Waiver of Service of Summons to be mailed to this District Court which was mailed out by Wallens Ridge State Prison in Virginia on or about February 7, 2001

4# On or about April 6, 2001 Magistrate Holly B. Fitzsimmons ordered a "Judgement of Dismissal" against the Plaintiff for not complying with the Courts order.

## PLAINTIFF'S FACTS IN SUPPORT OF THIS MOTION

5# The Plaintiff having recieved the January 12, 2001 Court Order on February 5, 2001 exactly (24) twenty-four days after the order put his ability to respond in a compromising position, yet he mailed out the required forms to the District Court from Virginia on February 7, 2001 (All out-going in-coming legal mail is logged into a log book by Wallens Ridge State Prisons' Mail Room).

6# Having provided proof from Wallens Ridge State Prisons' Mail Room (attached) the only possible question is "Is there any legal grounds to Re-Open this Civil Complaint?" Yes, as follows:

HOUSTON v. LACK 487 U.S. 266 (1988): filing with the Clerk of the District Court of a Pro-Se prisoner's notice of appeal occurs when he delivers it to prison officials for forwarding to the District Court; ALSO, Indeed our own rules recognize that the moment when a document is "filed" can be the moment it is sent to that court. UNITED STATES v. SOLLY 545 F. 2d. 874, 876 (CA3-1976): This rationale suggests a far different conclusion here since as we discussed above the lack of control of Pro-Se prisoners over delays extends much further than that of the typical civil litigant: Pro-Se prisoners have no control over delays between the prison authorities reciept of the notice and filing and thier lack of freedom bars them from delivering the notice to the court personally.

<u>HOUSTON v. LACK</u>, 487 U.S. at 270, 108 S.Ct. at 2382.: Pro-Se prisoners are unable to file personally in the clerk's office, they cannot utilize a private express carriers and they cannot place a phone-call to ascertain whether a document mailed for filing has arrived. Not only do they lack these safe gaurds available to other litigants to ensure that thier court filings are timely, but also they do not have counsel to monitor the filing process. Importantly the Pro-Se prisoner has no recourse other than to entrust his court filings to prison Authorities over whom he has no control...

<u>Conclusion</u>

With that said and the attachments provided the Plaintiff asks this court to re-open this Civil Complaint. Also that the Plaintiff definately has no say or control over the U.S. Post Offices' doings, mishaps, etc., with his filings after the Prison Authorities mails them out.

Respectfully:

x _/s/ Eduardo Martinez_

Eduardo Martinez #234198
Northern C.I. P.O. Box 665
Somers, CT 06071

Exhibit B

5

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAN 12  1 05 PM '01

FILED

**EDUARDO MARTINEZ**

v.

**CAPTAIN WIER
LT. JOHN DOE
C/O JOHN DOE #1
C/O JOHN DOE #2
C/O JOHN DOE #3
C/O JOHN DOE #4
C/O JOHN DOE #5
C/O JOHN DOE #6**

Case No.   PRISONER
3:00CV1140 (DJS) (TPS)

ORDER

Plaintiff's Application To Proceed In Forma Pauperis having been granted, plaintiff is directed to complete the enclosed 285 U.S. Marshal service forms. The plaintiff is also directed to complete one 285 form for defendant Wier in his or her individual capacity. Plaintiff should use the address he has provided to the court in his complaint for the individual capacity form.

In addition, the plaintiff is directed to submit one copy of the complaint. The plaintiff shall also complete one Notice of Lawsuit and Waiver of Service of Summons form and one Waiver of Service of Summons form for defendant Wier in his or her individual capacity.

Plaintiff shall complete and return the enclosed forms and the copy of the complaint within twenty days of the date of this order. Plaintiff is cautioned that failure

to return the forms in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form and/or copy of the complaint is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the complaint on defendant Wier in his or her individual capacity.

SO ORDERED.

Entered in Bridgeport, Connecticut, this \_\_11\_\_ of January, 2001.

Holly B. Fitzsimmons
United States Magistrate Judge

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) Request for Services Information
( ) Complaint

Place a check (✓) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. Please print your name, number, and housing unit clearly.

Inmate Name: Lilly Martinez    Number: 915858    Housing Unit/Cell: D-3H

This request/complaint is directed to:

- ( ) Warden
- ( ) Assistant Warden of Operations
- ( ) Assistant Warden of Programs
- ( ) Chief of Security
- ( ) Treatment Program Supervisor
- ( ) Institutional Investigator
- ( ) Disciplinary Hearings Officer
- (✓) Mailroom
- ( ) Institutional Ombudsman
- ( ) Counselor (name) _____
- ( ) Other (name) _____

- ( ) A Building Supervisor
- ( ) B Building Supervisor
- ( ) C Building Supervisor
- ( ) D Building Supervisor
- ( ) Segregation Lieutenant
- ( ) Segregation Sergeant
- ( ) Personal Property
- ( ) Maintenance
- ( ) Operations Officer

- ( ) Medical
- ( ) Dentist
- ( ) Psychologist
- ( ) Laundry Manager
- ( ) Food Services
- ( ) Records Manager
- ( ) Business Manager
- ( ) Safety Officer

Explain the reason for your request/complaint in the space provided. Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.

I want to know on what date was legal mail sent to = Office of the Clerk at any time from 2-5-01 to 3-5-01. United States District Court, U.S. Courthouse, 915 Lafayette Boulevard, Bridgeport CT 06604

Inmate Signature: L. Martinez    Date: 4-18-01

### Staff Response
Inmate Interviewed ( ) Yes    ( ) No

Action Taken: Mr. Martinez - I will look up a specific date but not a whole month's legal mail. You need to keep your own log. Sorry

Staff Signature: H Brown    Date: 4/20/01

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) Request for Services/Information
( ) Complaint

Place a check (√) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. Please print your name, number, and housing unit clearly.

Inmate Name: C. Martinez    Number: 015858    Housing Unit/Cell: D-3H

This request/complaint is directed to:

( ) Warden                              ( ) A Building Supervisor        ( ) Medical
( ) Assistant Warden of Operations      ( ) B Building Supervisor        ( ) Dentist
( ) Assistant Warden of Programs        ( ) C Building Supervisor        ( ) Psychologist
( ) Chief of Security                   ( ) D Building Supervisor        ( ) Laundry Manager
( ) Treatment Program Supervisor        ( ) Segregation Lieutenant       ( ) Food Services
( ) Institutional Investigator          ( ) Segregation Sergeant         ( ) Records Manager
( ) Disciplinary Hearings Officer       ( ) Personal Property            ( ) Business Manager
(✓) Mailroom                            ( ) Maintenance                  ( ) Safety Officer
( ) Institutional Ombudsman             ( ) Operations Officer
( ) Counselor (name) _____
( ) Other (name) _____

**RECEIVED APR 2 7 2001 MAILROOM**

Explain the reason for your request/complaint in the space provided. Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific:

Can you please tell me what date a manilla envelope sent out by myself to: United States District Court 915 Lafayette Boulevard Bridgeport, Connecticut 06604 in the time span of 2-5-01 & 2-20-01. I need it for the courts because they say they didn't get it & my bag is at home but I have no contact name. Please answer ASAP.

Inmate Signature: C. Martinez    Date: 4-25-01

---

### Staff Response
Inmate Interviewed  ( ) Yes   ( ) No

Action Taken: We will need to know the approximate date the letter was sent out by you.

Staff Signature: Farmer    Date: 04-27-01

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) REQUEST FOR SERVICES/INFORMATION
( ) COMPLAINT

## INSTRUCTIONS

Place a check mark next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail.

PLEASE PRINT CLEARLY

Inmate Name L Martinez  #15858  C-3H   Date 4-28-01

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
(✓) Mailroom
( ) Counselor (name)_____
( ) Other (name)_____

( ) A Unit Security Supervisor
( ) B Unit Security Supervisor
( ) C Unit Security Supervisor
( ) D Unit Security Supervisor
( ) Personal Property
( ) Safety Officer
( ) Institutional Ombudsman
( ) Maintenance Dept.

( ) Medical Dept.
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Chaplain

RECEIVED
MAY 01 2001
MAILROOM

Explain the reason for your request/complaint in the space provided. Do not add attachments. Only one issue per form. Be specific.

I need to know if my legal mail was sent out by the facility under my name on Feb. 19, 2001 to:

United States District Court
U.S. Courthouse
915 Lafayette Blvd.
Bridgeport, CT 06604

Inmate signature/number L Martinez #15858   Date 4-28-01

## Staff Response

Inmate Interviewed ( ) yes  ( ) no
Action Taken  One was mailed 2-7-01

Staff Signature Richardson                  Date 5-1-01

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) REQUEST FOR SERVICES/INFORMATION
( ) COMPLAINT

C-314

### INSTRUCTIONS

Place a check mark next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail.

**PLEASE PRINT CLEARLY**

Inmate Name: C. Martinez   D-3H #15858   Date: 4-27-01

This request/complaint is directed to:

- ( ) Warden
- ( ) Assistant Warden of Operations
- ( ) Assistant Warden of Programs
- ( ) Chief of Security
- ( ) Treatment Program Supervisor
- ( ) Institutional Investigator
- ( ) Disciplinary Hearings Officer
- (✓) Mailroom
- ( ) Counselor (name) _____
- ( ) Other (name) _____
- ( ) A Unit Security Supervisor
- ( ) B Unit Security Supervisor
- ( ) C Unit Security Supervisor
- ( ) D Unit Security Supervisor
- ( ) Personal Property
- ( ) Safety Officer
- ( ) Institutional Ombudsman
- ( ) Maintenance Dept.
- ( ) Medical Dept.
- ( ) Dentist
- ( ) Psychologist
- ( ) Laundry Manager
- ( ) Food Services
- ( ) Records Manager
- ( ) Business Manager
- ( ) Chaplain

Explain the reason for your request/complaint in the space provided. **MAILROOM**
Do not add attachments. Only one issue per form. Be specific.

Can you tell me if any legal mail package weighing 55¢ or better was sent to =

United States District Court
U.S. Courthouse
915 Lafayette Blvd.
Bridgeport, Ct. 06603

on February 16, 2001

Inmate signature/number: C. Martinez   #15858   Date: 4-27-01

### Staff Response

Inmate Interviewed ( ) yes ( ) no
Action Taken: One was mailed Feb. 7- 2001.

Staff Signature: Richardson   Date: 5-1-01

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APR 6 12 06 PM '01

EDUARDO MARTINEZ

FILED

PRISONER

V.                               CASE NO. 3:00CV1140 (DJS)

CAPTAIN WIER[1]

## JUDGMENT OF DISMISSAL

By Order filed January 12, 2001, the Court ordered the plaintiff to complete a 285 U.S. Marshal service form and a Notice of Lawsuit and Waiver of Service of Summons form and return the forms as well as one copy of the complaint to the Court within twenty days. The plaintiff was informed that failure to comply with the Court's order could result in dismissal of this action without any further notice as to any defendant for whom copies of the complaint and/or forms were not returned to the Court. To date, the plaintiff has failed to comply with the Court's order.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice and the case is closed.

Entered at Bridgeport, Connecticut, this __5__ day of __april__, 2001.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

Entered on Docket __4/11/01__

---

[1] The court notes that Lt. John Doe and C/O John Does ## 1-6 were listed as defendants in the January 12, 2001 Order directing the plaintiff to submit 285 U.S. Marshal forms. Those individuals, however, are not defendants in this action because they were not listed in the caption of the complaint as required by Rule 10(a), Fed. R. Civ. P. Thus, the only defendant in this action is Captain Wier.

A-2

## CERTIFICATION

I, Eduardo Martinez certify that on this 29 day of December, 200_ I sent a copy of:

Notice of Change of Address
Motion to Re-Open Civil Complaint

to: A.A.G. Perry ~~Ana~~ - Zinn-Rowthorn
110 Sherman Street
Hartford, CT 06105

x _[signature]_
Eduardo Martinez #234198
Northern C.I. P.O. Box 665
Somers, CT 06071