MANDATE

D. Conn. (nhct)
00-cv-1140
Fitzsimmons, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the eighth day of December two thousand three.

Present:
    Hon. Richard J. Cardamone,
    Hon. Robert D. Sack,
    Hon. John R. Gibson,
        *Circuit Judges.*

---

Eduardo Martinez,

                        Plaintiff-Appellant,

    v.

Wier, Capt., Ind.,                                    01-0125

                        Defendant-Appellee.

---

      This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). *See also LoSacco v. City of Middletown*, 71 F.3d 88, 92 (2d Cir. 1995) (holding that a magistrate judge's order and judgment cannot be the basis of an appeal because they are non-final). Therefore, it is ORDERED that the appeal is dismissed and appellant's motions for appointment of counsel and to proceed *in forma pauperis* are denied as moot.

                              FOR THE COURT:
                              Roseann B. MacKechnie, Clerk

DEC 8 2003              By: *Lucille Carr*

    *The Hon. John R. Gibson, of the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.

SAO CAD

ISSUED AS MANDATE: 4/2/04

A TRUE COPY