UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Eduardo Martinez, Pro-Se  :

v.

Capt. Kevin Weir, Et. Al.  :
Lt. Mike Madden
c/o Fred LaRota  :
c/o Mike Thibideau
c/o Ed Carl  :

Docket No.#: 3:00 cv 1140 (DJS) (TPS)

June 10, 2004

FILED
2004 JUN 17 P 5:20
U.S. DISTRICT COURT
BRIDGEPORT CONN

## MOTION - NOTICE FOR LEAVE TO FILE AN AMENDED COMPLAINT

1# The Plaintiff in compliance with the District Courts order dated May 27, 2004 in the above captioned case.

2# The Plaintiff in his amended complaint is identifying the John Doe defendants as he was directed within 30 days of May 27, 2004.

3# The Plaintiff respectfully request that his Amended Complaint be filed & served upon all named defendants. Also for a Notice of Law Suit form, Waiver of Service forms, & U.S. Marshall form for each defendant be sent to him as soon as possible so that he can fully comply with this order entered on May 27, 2004. Complaint attached. (original & 2 copies)

Respectfully Submitted
x_Eduardo Martinez_  Eduardo Martinez Pro-Se

# CERTIFICATION

I, Eduardo Martinez, certify that on this 15 day of June, 2004 mail first class mail a copy of:

a. Motion-Notice for Leave to file an Amended Complaint
b. Copy of Amended Complaint

to:

A.A.G. Perry Zinn-Rowthorn
110 Sherman St.
Mackenzie Hall
Hartford, Ct 06105

Respectfully:
x _Eduardo Martinez_
Eduardo Martinez #234198
P.O. Box 665
Northern C.I.
Somers, Ct. 06071

---

Can you please place this Manilla envelope in the mail

6/15/04          x _____
Date              Name/Title/Signature