UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG -2  A 11: 25

U.S. DISTRICT COURT
HARTFORD, CT

EDUARDO MARTINEZ

v.  Case No. 3:00CV1140 (DJS)

CAPTAIN WIER, et al.

RULING AND ORDER

On May 27, 2004, the court directed the plaintiff to file an amended complaint identifying the John Doe defendants. On June 17, 2004, the plaintiff filed a motion for leave to amend accompanied by a proposed amended complaint identifying the John Doe defendants. The Motion to Amend [**doc. # 17**] is **GRANTED**.

To enable the United States Marshal to serve the amended complaint on the defendants, the plaintiff is directed to complete one 285 form for each of the following defendants in his individual capacity: Lieutenant Mike Madden, Correctional Officer Fred De Rota, Correctional Officer Mike Thibideau and Correctional Officer Ed Carl. The plaintiff should use the addresses he has provided to the court in his amended complaint for these forms.

Plaintiff shall complete and return to the court the enclosed forms within **twenty** days of the date of this order. Plaintiff is cautioned that failure to return the forms in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may

result in the dismissal of this case as to any defendant for whom a form is not received without prejudice and without further notice from this court.

Upon receipt of the forms, the Clerk is directed to forward the appropriate papers to the United Marshal. The United States Marshal is directed to serve the amended complaint on Captain Weir, Lieutenant Mike Madden, Correctional Officer Fred De Rota, Correctional Officer Mike Thibideau and Correctional Officer Ed Carl in their individual capacities and to file returns of service within **sixty days** of the date the U.S. Marshal receives the service papers from the Clerk's Office.

Each defendant is hereby ordered to file an appearance in his or her individual capacity within **sixty (60)** days from the date he or she signs a waiver of service of summons.

In a letter to the court, the plaintiff seeks free copies of the exhibits attached to the complaint. He does not indicate why he needs the copies or that he is unable to pay the cost of copying these documents. The documents requested total seven pages. The cost of copying court documents is fifty cents per page. If plaintiff has sufficient funds to pay for the copies, he must submit **$3.50** (cash, money order or bank check made payable to the Clerk of Court) to the Clerk's Office, 915 Lafayette Blvd., Bridgeport, Connecticut, 06604, along with a letter indicating that he seeks a copy of the exhibits to the complaint. If he is unable

to pay for a copy of these documents, he must file a motion indicating why he needs the copies and accompanied by a copy of his current inmate account statement.

**SO ORDERED** this 2nd day of August, 2004, at Hartford, Connecticut.

_____
Thomas P. Smith
United States Magistrate Judge