UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 AUG 30 P 3:21

EDUARDO MARTINEZ, PRO-SE
    Plaintiff
        v.

DOCKET NO.#: 3:00.1140(DJS)

CAPT. WEIR ET.AL.
    Defendants

DATE: August 21, 2004

## MOTION REQUESTING COPIES OF EXHIBITS AND WAIVER OF FEE'S

1. I, Eduardo Martinez, the Plaintiff am requesting the fee of $3.50 (three dollars and fifty cents) to be waived in obtaining copies of the exhibits attached to the original complaint.

2. The documents requested are Grievance Appeals, correspondence relevant to exhaustion of Grievance Proceedures. The Plaintiff has no copies of such due to his Personal Property being lossed when transfered out of state to Arizona in March, 2002. Also I'm trying to obtain a lawyer but don't have Grievances to send them.

3. The Plaintiff is currently unable to pay the $3.50 cost to purchase the copies. The Plaintiff has to purchase hygiene items, stationary, & postage, so I am unable to pay the cost & am requesting the fee to be waived.

Respectfully Submitted:
x Eduardo Martinez
Eduardo Martinez, Pro-Se
P.O. Box 665 N.C.I. Somers, Ct. 06071

# CERTIFICATION

I, Eduardo Martinez certify that on this 21st day of August 2004 a copy of this: "MOTION REQUESTING COPIES OF EXHIBITS AND WAIVER OF FEE'S" was sent to Terry Zinn-Rowthorn
Assistant Attorney General
Mackenzie Hall
110 Sherman Street
Hartford, CT 06105

x *Eduardo Martinez*
Eduardo Martinez #234198
P.o. Box 665
Northern C.I.
Somers, Ct. 06071

DOC: 0000234198   Name: MARTINEZ, EDWARDO                DOB: 07/17/1978
LOCATION: 141-1

                                                  Max Date:
ACCOUNT BALANCES  Total :      0.05   CURRENT:     0.05  HOLD:      0.00

                           10/21/1994    08/20/2004

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| PLRA | 0.00 | 0.00 |
| SPENDABLE BALANCE | 0.00 | 0.05 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|

### TRANSACTION DESCRIPTIONS -- PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/12/2001 | DED | Deduction-PLRA-08092001 | 6.00 | 6.00 |
| 12/06/2001 | DED | Deduction-PLRA-08092001 | 3.90 | 9.90 |
| 01/10/2002 | WPLRA | PLRA Payment  300-cv-1140 | ( 9.90) | 0.00 |

### TRANSACTION DESCRIPTIONS -- SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/25/2001 | CONV | 234198DATA-CONV | 0.00 | 0.00 |
| 08/08/2001 | DOR | Bus. Office Receipts  141 VA CHECK | 78.22 | 78.22 |
| 08/08/2001 | DOR | Bus. Office Receipts  141 VA CHECK | 15.87 | 94.09 |
| 08/14/2001 | CRS | CRS SAL ORD #552012 D1 | ( 25.00) | 69.09 |
| 08/22/2001 | CRS | CRS SAL ORD #565533 D1 | ( 25.83) | 43.26 |
| 08/23/2001 | WPOS | Postage  141 | ( 3.95) | 39.31 |
| 08/23/2001 | CRS | CRS SAL ORD #569278 D1 | ( 5.50) | 33.81 |
| 08/29/2001 | CRS | CRS SAL ORD #578520 D1 | ( 29.86) | 3.95 |
| 09/05/2001 | CRS | CRS SAL ORD #588423 D1 | ( 3.78) | 0.17 |
| 10/12/2001 | DMR | Mail Receipts  141 20854 | 30.00 | 30.17 |
| 10/12/2001 | DED | Deduction-PLRA-08092001 | ( 6.00) | 24.17 |
| 10/17/2001 | CRS | CRS SAL ORD #665836 D1 | ( 20.48) | 3.69 |
| 10/24/2001 | CRS | CRS SAL ORD #681959 D1 | ( 3.21) | 0.48 |
| 11/07/2001 | CRS | CRS SAL ORD #704386 D1 | ( 0.42) | 0.06 |
| 12/06/2001 | DMR | Mail Receipts  141 21477 | 30.00 | 30.06 |
| 12/06/2001 | DED | Deduction-PLRA-08092001 | ( 3.90) | 26.16 |
| 12/12/2001 | CRS | CRS SAL ORD #769364 D1 | ( 20.65) | 5.51 |
| 12/19/2001 | CRS | CRS SAL ORD #782613 D1 | ( 5.15) | 0.36 |
| 01/11/2002 | DMR | Mail Receipts  141 21978 | 30.00 | 30.36 |

DOC: 0000234198   Name: MARTINEZ, EDWARDO   DOB: 07/17/1978
LOCATION: 141-1

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 01/16/2002 | CRS | CRS SAL ORD #830780 D1 | ( 22.55) | 7.81 |
| 01/22/2002 | CRS | CRS SAL ORD #841261 D1 | ( 2.32) | 5.49 |
| 01/29/2002 | CRS | CRS SAL ORD #854987 D1 | ( 3.64) | 1.85 |
| 02/04/2002 | WPOS | Postage 141 | ( 1.38) | 0.47 |
| 02/08/2002 | DMR | Mail Receipts 141 22326 | 30.00 | 30.47 |
| 02/14/2002 | CRS | CRS SAL ORD #885857 D1 | ( 30.36) | 0.11 |
| 02/26/2002 | WFMD | Med Dental Fee 141 | ( 0.11) | 0.00 |
| 03/07/2002 | DMR | Mail Receipts 141 22610 | 20.00 | 20.00 |
| 03/08/2002 | CL | CLOSE ACCOUNT | ( 20.00) | 0.00 |
| 04/03/2003 | OP | Re-Open Closed Account | 0.00 | 0.00 |
| 04/03/2003 | DMR | Mail Receipts 141 | 30.00 | 30.00 |
| 04/15/2003 | CRS | CRS SAL ORD #1686550 D1 | ( 28.94) | 1.06 |
| 05/06/2003 | CRS | CRS SAL ORD #1723617 D1 | ( 0.73) | 0.33 |
| 05/06/2003 | CEC | CEC SAL ORD #1723617 | 0.73 | 1.06 |
| 05/21/2003 | CRS | CRS SAL ORD #1754220 D1 | ( 0.94) | 0.12 |
| 05/21/2003 | CEC | CEC SAL ORD #1754220 | 0.94 | 1.06 |
| 06/17/2003 | DMR | Mail Receipts 141 | 20.00 | 21.06 |
| 07/01/2003 | CRS | CRS SAL ORD #1832627 D1 | ( 19.26) | 1.80 |
| 07/08/2003 | CRS | CRS SAL ORD #1845567 D1 | ( 0.85) | 0.95 |
| 07/15/2003 | CRS | CRS SAL ORD #1858738 D1 | ( 0.92) | 0.03 |
| 07/16/2003 | DMR | Mail Receipts 141 | 30.00 | 30.03 |
| 07/22/2003 | CRS | CRS SAL ORD #1872268 D1 | ( 29.41) | 0.62 |
| 07/30/2003 | CRS | CRS SAL ORD #1885219 D1 | ( 0.45) | 0.17 |
| 07/30/2003 | CEC | CEC SAL ORD #1885219 | 0.45 | 0.62 |
| 09/03/2003 | CRS | CRS SAL ORD #1951269 D1 | ( 0.45) | 0.17 |
| 09/05/2003 | CEC | CEC SAL ORD #1951269 | 0.45 | 0.62 |
| 09/09/2003 | CRS | CRS SAL ORD #1963193 D1 | ( 0.45) | 0.17 |
| 09/11/2003 | CEC | CEC SAL ORD #1963193 | 0.45 | 0.62 |
| 10/15/2003 | CRS | CRS SAL ORD #2029210 D1 | ( 0.45) | 0.17 |
| 10/17/2003 | CEC | CEC SAL ORD #2029210 | 0.45 | 0.62 |
| 11/05/2003 | CRS | CRS SAL ORD #2067306 D1 | ( 0.45) | 0.17 |
| 11/06/2003 | CEC | CEC SAL ORD #2067306 | 0.45 | 0.62 |
| 11/07/2003 | DMR | Mail Receipts 141 | 5.86 | 6.48 |
| 11/12/2003 | CRS | CRS SAL ORD #2083447 D1 | ( 4.64) | 1.84 |
| 11/18/2003 | CRS | CRS SAL ORD #2096749 D1 | ( 1.00) | 0.84 |
| 11/25/2003 | CRS | CRS SAL ORD #2111552 D1 | ( 0.63) | 0.21 |
| 12/23/2003 | CRS | CRS SAL ORD #2179615 D1 | ( 0.13) | 0.08 |

DOC: 0000234198    Name: MARTINEZ, EDWARDO                    DOB: 07/17/1978
LOCATION: 141-1

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 12/26/2003 | CEC | CEC SAL ORD #2179615 | 0.13 | 0.21 |
| 01/05/2004 | DMR | Mail Receipts 141 | 25.00 | 25.21 |
| 01/05/2004 | DMR | Mail Receipts 141 | 75.00 | 100.21 |
| 01/06/2004 | CRS | CRS SAL ORD #2209657 D1 | ( 20.55) | 79.66 |
| 01/16/2004 | CEC | CEC SAL ORD #2209657 | 20.55 | 100.21 |
| 01/20/2004 | CRS | CRS SAL ORD #2236902 D1 | ( 22.72) | 77.49 |
| 01/22/2004 | WSR | Special Request - 141 | ( 3.60) | 73.89 |
| 01/28/2004 | CRS | CRS SAL ORD #2250791 D1 | ( 10.43) | 63.46 |
| 01/29/2004 | CEC | CEC SAL ORD #2236902 | 1.35 | 64.81 |
| 02/03/2004 | CRS | CRS SAL ORD #2265592 D1 | ( 2.39) | 62.42 |
| 02/10/2004 | CRS | CRS SAL ORD #2280866 D1 | ( 7.55) | 54.87 |
| 02/11/2004 | WPOS | Postage 141 | ( 0.46) | 54.41 |
| 02/11/2004 | WSR | Special Request - 141 | ( 11.90) | 42.51 |
| 02/18/2004 | CRS | CRS SAL ORD #2292743 D1 | ( 0.87) | 41.64 |
| 02/24/2004 | CRS | CRS SAL ORD #2306051 D1 | ( 1.16) | 40.48 |
| 02/24/2004 | DMR | Mail Receipts 141 | 53.00 | 93.48 |
| 03/02/2004 | CRS | CRS SAL ORD #2319738 D1 | ( 15.63) | 77.85 |
| 03/08/2004 | CEC | CEC SAL ORD #2306051 | 1.16 | 79.01 |
| 03/09/2004 | CRS | CRS SAL ORD #2334392 D1 | ( 7.68) | 71.33 |
| 03/09/2004 | WSR | Special Request - 141 | ( 26.00) | 45.33 |
| 03/12/2004 | WSR | Special Request - 141 | ( 10.60) | 34.73 |
| 03/24/2004 | CRS | CRS SAL ORD #2360700 D1 | ( 19.40) | 15.33 |
| 03/30/2004 | CRS | CRS SAL ORD #2370607 D1 | ( 14.80) | 0.53 |
| 04/13/2004 | CRS | CRS SAL ORD #2398844 D1 | ( 0.44) | 0.09 |
| 04/14/2004 | CEC | CEC SAL ORD #2398844 | 0.44 | 0.53 |
| 04/21/2004 | CRS | CRS SAL ORD #2413406 D1 | ( 0.44) | 0.09 |
| 04/22/2004 | CEC | CEC SAL ORD #2413406 | 0.44 | 0.53 |
| 05/03/2004 | WFMS | Med Sick Fee 141 042704 | ( 0.53) | 0.00 |
| 05/25/2004 | DMR | Mail Receipts 141 | 50.00 | 50.00 |
| 05/27/2004 | WFMD | Med Dental Fee 141 021904 | ( 3.00) | 47.00 |
| 05/27/2004 | DMR | Mail Receipts 141 | 10.00 | 57.00 |
| 05/27/2004 | DMR | Mail Receipts 141 | 10.00 | 67.00 |
| 06/02/2004 | CRS | CRS SAL ORD #2487257 D1 | ( 18.25) | 48.75 |
| 06/08/2004 | CRS | CRS SAL ORD #2500976 D1 | ( 16.97) | 31.78 |
| 06/10/2004 | WPOS | Postage 141 | ( 0.04) | 31.74 |
| 06/15/2004 | WSR | Special Request 141 | ( 12.00) | 19.74 |
| 06/15/2004 | WSR | Special Request 141 | ( 6.00) | 13.74 |

DOC: 0000234198    Name: MARTINEZ, EDWARDO                DOB: 07/17/1978
LOCATION: 141-1

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 06/15/2004 | CRS | CRS SAL ORD #2513694 D1 | ( 5.30) | 8.44 |
| 06/23/2004 | CRS | CRS SAL ORD #2526696 D1 | ( 3.84) | 4.60 |
| 06/29/2004 | CRS | CRS SAL ORD #2536807 D1 | ( 3.12) | 1.48 |
| 07/16/2004 | WPOS | Postage 115 | ( 0.37) | 1.11 |
| 07/28/2004 | CRS | CRS SAL ORD #2587370 D1 | ( 0.90) | 0.21 |
| 07/28/2004 | CEC | CEC SAL ORD #2587370 | 0.90 | 1.11 |
| 07/28/2004 | DMR | Mail Receipts 141 | 10.00 | 11.11 |
| 08/04/2004 | CRS | CRS SAL ORD #2601332 D1 | ( 10.34) | 0.77 |
| 08/10/2004 | CRS | CRS SAL ORD #2613162 D1 | ( 0.72) | 0.05 |
| 08/13/2004 | CEC | CEC SAL ORD #2601332 | 1.44 | 1.49 |
| 08/17/2004 | CRS | CRS SAL ORD #2625289 D1 | ( 1.44) | 0.05 |

```
                    DEPARTMENT OF CORRECTIONS                            OOROSRCC
                   CONNECTICUT DEPARTMENT OF CORRECTION
                              District 1                              4.12.0.0.3CO
                          S A L E S    R E C E I P T
```

116

Location:   141-1            Name: MARTINEZ, EDWARDO              DOC#  :  0000234198
08/10/2004                   Sales Order Id:  2613162              Staff ID: COM115

| BEGINNING BALANCES: | Available Balance is | 0.77 | Spending Limit Balance is | 25.00 |

| Quantity | Description | | Price |
|---|---|---|---|
| 1 | TONE SOAP * | | 0.68 |
| | | SUB TOTAL | 0.68 |
| | | TOTAL TAX | 0.04 |
| | | TOTAL | 0.72 |

| ENDING BALANCES: | Available Balance is | 0.05 | Spending Limit Balance is | 24.28 |

CONNECTICUT DEPARTMENT OF CORRECTION
District 1
4.12.0.0.3CO

S A L E S   R E C E I P T

116

| | | |
|---|---|---|
| Location: 141-1 | Name: MARTINEZ, EDWARDO | DOC# : 0000234198 |
| 08/17/2004 | Sales Order Id: 2625289 | Staff ID: COM1482 |

BEGINNING BALANCES:   Available Balance is   1.49   Spending Limit Balance is   25.00

Quantity   Description                                                          Price

~~2~~ ~~TONE~~ SOAP *                                                            1.36

                                                              SUB TOTAL         1.36
                                                              TOTAL TAX         0.08
                                                              TOTAL             1.44

ENDING BALANCES:    Available Balance is    0.05   Spending Limit Balance is   23.56

```
08/01/2004  08:54         DEPARTMENT OF CORRECTIONS                    Page    3  of 20
COM1152              CONNECTICUT DEPARTMENT OF CORRECTION                  OOROSRCC
                                District 1                                4.12.0.0.3CO
                            S A L E S   R E C E I P T       116

Location:    141-1          Name: MARTINEZ, EDWARDO           DOC# :   0000234198
08/04/2004                  Sales Order Id:  2601332          Staff ID: COM115
```

| | | | |
|---|---|---|---|
| BEGINNING BALANCES: | Available Balance is | 11.11  Spending Limit Balance is | 25.00 |

| Quantity | Description | | Price |
|---|---|---|---|
| 10 | STAMPED ENVELOPE | | 4.50 |
| 2 | TONE SOAP * | | 1.36 |
| 2 | ULTRA BRITE* | | 3.00 |
| 1 | DANDRUFF SHAMPOO * | | 1.15 |
| | | SUB TOTAL | 10.01 |
| | | TOTAL TAX | 0.33 |
| | | TOTAL | 10.34 |

| | | | |
|---|---|---|---|
| ENDING BALANCES: | Available Balance is | 0.77  Spending Limit Balance is | 14.66 |