# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|   |   |   |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |   |
| CAPT. KIM WEIR, ET AL. | : | DECEMBER 1, 2004 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, in their official capacities only, in the above-captioned case.

Dated at Hartford, Connecticut, this 1st day of December, 2004.

       DEFENDANTS
       Capt. Kim Weir, et al.

       RICHARD BLUMENTHAL
       ATTORNEY GENERAL


BY:_____/s/_____
    Robert F. Vacchelli
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5591
    E-Mail:  robert.vacchelli@po.state.ct.us
    Federal Bar #ct05222

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of December, 2004:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT  06071

                                             /s/
Robert F. Vacchelli
Assistant Attorney General