UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |  |
| CAPT. KIM WEIR, ET AL. | : | DECEMBER 1, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendants, Capt. Kim Weir, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request a 30 day extension of time, to and including January 3, 2005, within which to file an answer or motion addressed to the complaint in the above captioned case, and to appear for the defendants in their individual capacities.

The additional time is needed because counsel is still in the process of collecting information necessary for the defense. This is defendants' first request with respect to this time limitation. Plaintiff pro se inmate could not be contacted in advance to determine his position with respect to this request.

Wherefore, the defendants request a 30 day extension of time, to and including January 3, 2005, within which to file an answer or motion addressed to the complaint in the above captioned case and to appear for the defendants in their individual capacities.

**ORAL ARGUMENT NOT REQUESTED**

                              DEFENDANTS
                              Capt. Kim Weir, et al.

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY: _____/s/_____
      Robert F. Vacchelli
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT 06105
      Tel.: (860) 808-5450
      Fax: (860) 808-5591
      E-Mail: robert.vacchelli@po.state.ct.us
      Federal Bar #ct05222

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 1st day of December, 2004:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General