UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |  |
| CAPT. KIM WEIR, ET AL. | : | DECEMBER 10, 2004 |

**APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all of the defendants, in their official and individual capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 10th day of December, 2004.

                DEFENDANTS
                Capt. Kim Weir, et al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:     /s/_____
       Robert F. Vacchelli
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Tel.: (860) 808-5450
       Fax: (860) 808-5591
       E-Mail: robert.vacchelli@po.state.ct.us
       Federal Bar #ct05222

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of December, 2004:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT  06071

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General