UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | PRISONER |
| EDUARDO MARTINEZ | : | CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |  |
| CAPT. KIM WEIR, ET AL. | : | DECEMBER 27, 2004 |

**SECOND MOTION FOR EXTENSION OF TIME**

The defendants, Capt. Kim Weir, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request a second extension of time, to and including February 17, 2005, within which to file an answer or motion addressed to the complaint in the above captioned case.

The additional time is needed because counsel is still in the process of collecting information necessary for the defense, and holiday schedules are interfering with progress. This is defendants' second request with respect to this time limitation. The proposed new deadline is consistent with the deadline set in the first scheduling order entered in this case on December 17, 2004. Plaintiff pro se inmate could not be contacted in advance to determine his position with respect to this request.

Wherefore, the defendants request a second extension of time, to and including February 17, 2005, within which to file an answer or motion addressed to the complaint in the above captioned case.

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANTS
Capt. Kim Weir, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us
Federal Bar #ct05222

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of December, 2004:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT   06071

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

2