UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |  |
| CAPT. KIM WEIR, ET AL. | : | JANUARY 10, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendants, Capt. Kim Weir, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request an extension of time, to and including February 15, 2005, within which to respond to plaintiff's Request for Production dated December 17, 2004, in the above captioned case.

The additional time is needed because counsel is still in the process of collecting information necessary for the response, and holiday schedules are interfering with progress. This is defendants' first request with respect to this time limitation. Plaintiff pro se inmate could not be contacted in advance at this time to determine his position with respect to this request.

Wherefore, the defendants request a second extension of time, to and including February 15, 2005, within which to file a response to plaintiff's Request for Production dated December 17, 2004, in the above captioned case.

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANTS
Capt. Kim Weir, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us
Federal Bar #ct05222

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of January, 2005:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT   06071

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

2