United States District Court
District of Connecticut

Eduardo Martinez, Pro-Se

v.

Capt. Weir Et. Al.

Docket No.#: 3:00.1140 (DJS)(TPS)

FILED
2005 JAN 13 P 4:49
U.S. DISTRICT COURT
BRIDGEPORT, CT

Date: January 6, 2005

## PRO-SE MOTION FOR ORDER

The Plaintiff, Eduardo Martinez, respectfully requests that this Honorable Court issue a order against the Defendants Attorney A.A.G. Robert Vacchelli for making perjuring statements on record.

A.A.G. Robert Vacchelli has stated in two of his Motions for Extension of Time that he "could not contact the Pro-Se Plaintiff in advance to determine his position with respect to this (his) request".

A.A.G. Robert Vacchelli has not made the slightest attempt to contact the Plaintiff in regards to anything dealing with the above captioned case.

The Plaintiff has asked his Correctional Treatment Officer (C.T.O.) Kuyer whom is incharge of legal calls if she has been contacted by anyone at the Attorney Generals Office which did not happend, about me.

The Plaintiff also asked his Correctional Counselor (C.C.) Barone whom is my Counselor if he was contacted or notified about the Attorney Generals Office contacting him about me which did not happend.

The Plaintiff whom has been incarcerated over 10 years is not at all difficult to be contacted due to his incarceration and being in custody of the Commissioner of Corrections.

Thus the Plaintiff seeks for Order finding the A.A.G. Robert Vacchelli's statements in both his Motions for Extension of time "PURJURING" and sanction him for such.

Respectfully Submitted:

x _____
Eduardo Martinez, Pro-Se
P.o Box 665      #264192
Northern C.I.
Somers, Ct. 06071

CONNECTICUT DEPARTMENT OF CORRECTION
NORTHERN CORRECTIONAL INSTITUTION

INMATE REQUEST FORM

HOUSING UNIT: I   II   (III)        (EAST) or WEST        Cell # 212
              (Circle One)

Date: 12/29/04

Inmate Name: E. Martinez                    Number: 234198

Request: Counselor Barone, this request is to ask if anyone has tried to contact me through you from the "Attorney Generals Office" since December 17, 2004? Please respond A/S/A/P.

(Continue on back if necessary)

Submitted to: _____    Date Received: _____

Acted on by: _____

Action taken and/or response: _____

No.

Date of Response to Inmate: 12/30

Signature of Staff Member: _____

NCI 050 (Revised 03-19-01)

## CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

### INMATE REQUEST FORM

HOUSING UNIT:  I   II   (III)      (EAST) or WEST      Cell # 917
(Circle One)

Date: 12/29/04

Inmate Name: Ed. Martinez          Number: 234198

Request: C.T.O. Dwyer, this request is to ask you if anyone from the Attorney Generals Office " try to contact me through you since December 17, 2004 ? Please respond back A.S.A.P.

(Continue on back if necessary)

Submitted to: _____      Date Received: _____

Acted on by: _____

Action taken and/or response: No, I have not received any calls

Date of Response to Inmate: 12/30

Signature of Staff Member: [signature]

NCI 050 (Revised 03-19-01)

# CERTIFICATION

I certify that on this 1st day of January 2005 I sent a copy of this PRO-SE MOTION FOR ORDER

To: A.A.G. Robert Vacchelli
110 Sherman Street
MacKenzie Hall
Hartford, Ct. 06105

via the facilities mail first class.

x _Eduardo Martinez_  1/6/05

Eduardo Martinez Pro-Se
P.O. Box 665    #234198
Northern C.I.
Somers, Ct. 06071