UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |  |
| CAPT. KIM WEIR, ET AL. | : | JANUARY 21, 2005 |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S PRO SE MOTION FOR ORDER

By pleading dated January 6, 2004, titled "Pro-Se Motion for Order", plaintiff pro se inmate asks the court to sanction the undersigned for "perjuring." We urge the court to deny the request.

The basis for plaintiff's request is that defendants, in their recent Motions for Extension of Time, state that plaintiff pro se inmate could not be contacted in advance to determine his position with respect to their Motions for Extension of Time. Plaintiff complains that he received no phone calls or other requests to contact him at prison. The motion should be denied because:

1.  The undersigned could not call plaintiff because, due to cumbersome security concerns and potential for misunderstandings, the policies of the Office of the Attorney General generally prohibit telephone communication or personal visits with pro se inmate litigants. Written communication is generally available and preferred, but the short time deadlines and lengthy waits for mail make this an impractical, and therefore unavailable, option for Motions for Extension of Time.

  2. Obtaining the position of a pro se litigant is not required for a Motion for Extension of Time.  See Local Rule 7(b)(3), Rules of the United States District Court for the District of Connecticut.

  3. Plaintiff has sustained no disadvantage, as he is free to object to Motions for Extension of Time.

  4. Plaintiff's Motion in the instant case is dated January 6, 2005, however, to date, a copy has not been received from the plaintiff.  Defendants learned of its existence by electronic posting from the court, and the copy viewable does not contain a required certification of service.

  Wherefore, we urge the court to deny plaintiff's Motion.


         DEFENDANTS
         Capt. Kim Weir, et al.

         RICHARD BLUMENTHAL
         ATTORNEY GENERAL


BY: _____/s/_____
    Robert F. Vacchelli
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5591
    E-Mail:  robert.vacchelli@po.state.ct.us
    Federal Bar #ct05222

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of January, 2005:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT   06071


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

3