UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |  |
| CAPT. KIM WEIR, ET AL. | : | JANUARY 25, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendants, Capt. Kim Weir, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request an extension of time, to and including February 28, 2005, within which to respond to plaintiff's Interrogatories and Request for Production dated December 29, 2004, in the above captioned case, addressed to the defendants Weir, Madden, DeRota, Corl and Thibodeau.

The additional time is needed because plaintiff has issued, cumulatively, 72 Interrogatories, and counsel is still in the process of communicating with the defendants and collecting information necessary for the responses. This is defendants' first request with respect to this time limitation. Plaintiff is a pro se inmate.

Wherefore, the defendants request an extension of time, to and including February 28, 2005, within which to file a response to plaintiff's Interrogatories and Requests for Production dated December 29, 2004, in the above captioned case.

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANTS
Capt. Kim Weir, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____/s/_____
    Robert F. Vacchelli
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5591
    E-Mail:  robert.vacchelli@po.state.ct.us
    Federal Bar #ct05222


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of January, 2005:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT   06071


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

2