UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 25  P 2: 47
U.S. DISTRICT COURT
HARTFORD, CT.

EDUARDO MARTINEZ

v.

CAPTAIN WIER, et al.

PRISONER
Case No. 3:00CV1140 (DJS)(TPS)

## RULING ON PENDING MOTIONS

Pending before the court is the plaintiff's motion for copies of exhibits, and motions for extension of time filed by the defendants. The court addresses the plaintiff's motion first.

The plaintiff seeks free copies of seven pages of exhibits attached to the original complaint. He claims that he lost his copies of the exhibits and needs them to demonstrate that he has exhausted his administrative remedies with respect to the claims in this action. The plaintiff has submitted a prisoner account statement indicating that he has five cents in his account. The plaintiff's Motion for Copy of Exhibits [**doc. # 20**] attached to the complaint is **GRANTED** for good cause shown. The Clerk is directed to send plaintiff a copy of the seven pages of exhibits attached to the complaint [doc. # 2].

The defendants seek an extension of time until January 3, 2005, to file a response to the amended complaint. The Motion [**doc. # 24**] is **DENIED** as moot in view of the court's scheduling

order issued on December 17, 2004. The defendants Motion for Extension of Time [doc. # 27] until February 17, 2005, to respond to the complaint is **GRANTED**. The defendants' Motion for Extension of Time [doc. # 28] until February 15, 2005, to respond to plaintiff's December 17, 2004 request for production is **GRANTED**.

SO ORDERED this 25th day of January, 2005, at Hartford, Connecticut.

_____
Thomas P. Smith
United States Magistrate Judge