UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JAN 27  P 4:33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Eduardo Martinez
Name of Plaintiff/Petitioner

v.

Case No. 3:00.1140 (DJS)(HBF)

Capt. Wier Et.Al.
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Eduardo Martinez

   Your present mailing address: 287 Bilton Road, P.O. Box 665 Northern C.I. Somers, CT - 06071

   Telephone number: ( n/a ) n/a

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. n/a

   n/a

   n/a

   Weekly earnings: n/a

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. Dept. of Corrections of Virginia

(Rev. 1/2/03)

Date last worked: 2/2001

Weekly earnings: $9.00

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? n/a

   b) interest, dividends, rents or investments of any kind? n/a

   c) gifts or inheritances of any kind? Brother, Mother

6. How much money do you have in any checking or savings account(s)?

   Checking: _____

   Savings: _____

   Prison account: .02¢

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

   If YES, describe the property and state the approximate value: n/a

   n/a

8. How much money do you owe others? $150.00

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | Court (filing fee) | $150.00 |

2

9. List the persons who depend upon you for support, and state your relationship to them.

N/A

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: N/A

    Relationship: 

    Employer: 

    Weekly Earnings: 

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I've been incarcerated for over (10) years. I am segregated & can't work although prison job can't provide enough to even retain a' attorney. Possible broken right pinky can't really write due to pain (ligament damage)

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. Excessive use of force, I was assaulted while restrained (behind the back) with a shield, tied to the bed without merit, exposed to

(Additional space on next page)

3

hazardous conditions when handcuff key was broken inside handcuff purposely causing me to be cut by bolt cutters All done maliciously & sadistically

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case?   YES ✓   NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name  Frank J. Riccio

   Date you contacted this attorney  October 28, 2004

   Method of contact (in person, by telephone, etc.)  Wrote a letter explaining case circumstances & requesting assistance, & along with documentation

   Reason why attorney was not employed to handle your case  His office is no longer accepting excessive force cases SEE Attached letter.

   b) Attorney's name  Wiggin & Dana (Alan G. Schwartz)

   Date you contacted this attorney  August 12, 2004

   Method of contact (in person, by telephone, etc.)  Wrote letter explain case Along with documentation

   Reason why attorney was not employed to handle your case  SEE Attached letter

4

c) Attorney's name _Burton M. Weinstein_

Date you contacted this attorney _August 17, 2004_

Method of contact (in person, by telephone, etc.) _Mail wrote letter & sent documentation regarding case._

Reason why attorney was not employed to handle your case _See Attached letter._

15. Explain any other efforts you have made to obtain an attorney to handle your case.

_I've also sought assistance from Inmate Legal Assistance Program, Yale Law School (Jerome N. Frank) & even asked my relatives to assist me financially but they can't afford it. I also wrote Erskine McIntosh, whom didn't respond._

16. Please provide any other information which supports your application for the court to appoint counsel.

_I don't have a law degree let alone a G.E.D. or high school diploma, no access to law library & am incarcerated as well as on Mental Health Medications, which affect my ability to swiftly comprehend._

17. Do you need a lawyer who speaks a language other than English?
    YES ___ NO ✓

    If you answered YES, what language do you speak? _N/A_

LAW OFFICES OF

# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 - (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO II
RENÉE C. BERMAN

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

October 28, 2004

Eduardo Martinez
Inmate # 234198
Northern Correctional Institution
PO Box 665
Somers, CT 06071

RE:  **Federal Civil Suit**

Dear Mr. Martinez:

I am in receipt of your October 13, 2004 letter which I recently received. I have reviewed the materials that you sent in your correspondence, included your amended complaint and the Corrections materials that accompanied it.

Please be advised that my office is no longer accepting federal excessive force cases. These cases are quite labor intensive as well as cost intensive (due to the fact that I would require a private investigator to fully probe the incident). Combine this with the distances between Bridgeport and Judge Squatrito's court and Bridgeport and Northern CI, and my representation of you in this instance would become quite an expensive proposition.

As a result, my office will be unable to render assistance to you in this matter. I wish you the best of luck in this case and in the future.

Very truly yours,

FRANK J. RICCIO

FJR/2

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Alan G. Schwartz
203.498.4332
203.782.2889 fax
aschwartz@wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

August 12, 2004

**PRIVILEGED LEGAL MAIL**

Inmate Ed Martinez
#234198, 1-West-116
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

Re: Pro Bono Representation

Dear Mr. Martinez:

I am in receipt of your letter to me requesting pro bono legal representation regarding an assault incident which occurred on October 28, 1999 described in your letter.

Unfortunately, I will not be able to represent you in this matter at this time. I am returning herewith the documents that you forwarded to me.

Sincerely,

Alan G. Schwartz

\99999999\700\483367.1

Telephone 203 333-1177
Telecopier 203 384-9832

Law Offices

# Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.

350 Fairfield Avenue          P.O. Box 9177          Bridgeport, Connecticut 06601

Howard Evan Ignal
Gerald T. Weiner
Burton M. Weinstein
Roberta Napolitano
Richard J. Shapiro
Judith A. Mauzaka

August 17, 2004


Ed Martinez #234198 1 West 116
P.O. Box 665
Northern C.I.
Somers, Ct 06071

Dear Mr. Martinez:

My current commitments prevent me from taking your case. I trust you will be able to find other counsel. I am returning the material you sent me since you may well have use of it.

Very truly yours,

Burton M. Weinstein
BMW/nch
Enclosure

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

_1/21/2005_
Date

_Eduardo Martinez_
Original Signature of Movant

Eduardo Martinez #234198, Pro-Se
P.O. Box 665 Northern C.I.
Somers, CT 06071
Printed Name and Address of Movant

(Rev. 1/2/03)

6

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Office of the Attorney General
c/o A.A.G. Robert Vacchelli
MacKenzie Hall
110 Sherman St.
Hartford, CT. 06105

_Eduardo Martinez_
Original Signature of Movant

(Rev. 1/2/03)

7