United States District Court
District of Connecticut

Eduardo Martinez  :  Civil No. 3:00:cv-1140 (DJS)
       v.         :
Capt. Weir Et. Al :  Date: February 23, 2005

FILED
2005 FEB 25 P 4:32
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## MOTION REQUESTING EXTENSION OF TIME

The Plaintiff asks for an extension of time to respond to the Defendants Affirmative Defenses for the Plaintiff is being stone walled at the Discovery stage where the Defendants are not responding to Discovery Request by means of Objection.

The Plaintiff needs this extension in order to be able adequately respond to such Affirmative Defenses.

The Plaintiff respectfully asks for a 60 day extension due to the time it takes for a Ruling on a Motion to Compel Discovery Motion.

The Defendants have been notified of such via a letter no response has been given so this Motion was filed without consent of Defendants.

The Plaintiff asks for a April 30, 2005 date to respond this is the Plaintiff's first request extension of time.

Respectfully Submitted:
x Eduardo Martinez
  Eduardo Martinez

# CERTIFICATION

I, Eduardo Martinez the Pro-Se Plaintiff have sent a copy of the following:

<u>Motion Requesting Extension of Time & Pro-Se Motion in Support of Motion to Appoint Counsel</u>

To the Defendants Attorney ~~~ Robert F. Vacchelli
110 Sherman St
Mackenzie Hall
Hartford, Ct. 06105

on this 23 day of February 200<u>5</u>
via prison mail

x <u>Eduardo Martinez</u>
Eduardo Martinez #234198
P.O. Box 665
Northern C.I.
Somers, Ct 06071