UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARDO MARTINEZ | : | PRISONER |
| | : | NO. 3:00CV1140(DJS)(TPS) |
| VS. | : | |
| | : | |
| CAPTAIN KIM WEIR, ET AL. | : | MARCH 7, 2005 |

**DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S PRO-SE MOTION IN SUPPORT OF MOTION TO APPOINT COUNSEL OR ALTERNATIVE TO SUCH**

By pleading dated February 21, 2005 entitled "Pro-Se Motion In Support of Motion to Appoint Counsel or Alternative to Such" plaintiff, pro-se inmate asks that the court appoint an attorney for him, inter alia, so that he can obtain videotapes in discovery in this case wherein he complains that correctional officers used excessive force on him on October 28, 1999. In discovery, defendants have identified videotapes of the events, but have objected to delivering them to plaintiff as the objects are contraband in prison and could be used as weapons. Alternatively, plaintiff asks for a variety of officials be present during a showing, or to document the contents.

Defendants have no objection to the appointment of counsel. They do object to the official documentation or viewing orders proposed by plaintiff as overly broad, vague, burdensome and completely unjustified and without authority, particularly at this stage of proceedings. However, defendants would be willing to arrange for officers at his facility to play the tapes at a viewing for plaintiff, at a time convenient for the prison.

        DEFENDANTS,
        Captain Kim Weir, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:_____/s/_____
    Robert F. Vacchelli
    Assistant Attorney General
    Federal Bar #ct05222
    110 Sherman Street
    Hartford, CT  06105
    Telephone No.: (860) 808-5450
    Fax No.: (860) 808-5591
    E-Mail: robert.vacchelli@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 7th, day of March, 2005 to:

Eduardo Martinez, Inmate No. 234198
Northern Correctional Institution
287 Bilton Road
Somers, CT  06071


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

2