# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|                          |   |                              |
|--------------------------|---|------------------------------|
|                          |   | PRISONER                     |
| EDUARDO MARTINEZ         | : | CIVIL NO. 3:00CV1140 (DJS)(TPS) |
|                          |   |                              |
| V.                       | : |                              |
|                          |   |                              |
| CAPT. KIM WEIR, ET AL.   | : | MARCH 10, 2005               |

## MOTION FOR EXTENSION OF TIME

The defendants, Capt. Kim Weir, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request a 30 day extension of time, to and including April 18, 2005, within which to respond to plaintiff's Interrogatories and Request for Production dated February 13, 2005, and Requests for Admissions dated February 17, 2005 in the above captioned case, addressed to the defendants Weir, Madden, DeRota, Corl and Thibodeau.

The additional time is needed because plaintiff has issued more Interrogatories and Requests for Production, and, cumulatively, 88 Requests for Admission, and counsel is still in the process of communicating with the defendants and collecting information necessary for the responses. This is defendants' first request with respect to this time limitation. Plaintiff is a pro se inmate.

Wherefore, the defendants request a 30 day extension of time, to and including April 18, 2005, within which to file a response to plaintiff's Interrogatories and Requests for Production and Requests for Admissions, in the above captioned case.

DEFENDANTS
Capt. Kim Weir, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:   _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us
Federal Bar #ct05222


## <u>CERTIFICATION</u>


I hereby certify that a copy of the foregoing was mailed to the following on this 10th day

of March, 2005:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT   06071




_____/s/_____
Robert F. Vacchelli
Assistant Attorney General