United States District Court
District of Connecticut

FEB 25 2005

Eduardo Martinez, Pro-Se : Civil No.# 3:00-CV-1140 (DJS)

v.

Capt. Weir Et Al : February 21, 2005

FILED
2005 MAR 17 P 4:01
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## PRO-SE MOTION IN SUPPORT OF MOTION TO APPOINT COUNSEL OR ALTERNATIVE TO SUCH

The Pro-Se Plaintiff makes this Motion asking this Court to Appoint Counsel for the following reasons:

1# The Plaintiff who is incarcerated and is Pro-Se will be prejudiced during discovery without assistance of Counsel.

2# The Defendants are in possession of physical evidence that is vital to the litigation of this case, and that is the video camera's (tapes) which recorded use of force.

3# These video tapes will show and prove 95% of the Plaintiff's case. Due to the Plaintiff being incarcerated and Pro-Se he is not allowed to view such vital evidence according to Defendants.

4# The Plaintiff understands that he is not entitled for Counsel to be appointed in civil proceedings but due to his incarceration he will be prejudiced if that aspect of discovery is not made available to the fact finder or to be entered in a record of Summary Judgement.

5# The video tapes will not only show but also the audio will show that the Plaintiff's allegations in his complaint paragraphs 19#, 20#, 21#, 22#, 23#, 24#, 26#, 28#, 29#, 30#, 31#, 33#, 34#, 35# are true and factual and possibly can identify other Defendants or Constitutional violations.

6# If this is not possible atleast so the Plaintiff won't be prejudiced can this evidence video tapes of the 10-28-1999 cell extraction, reapplication of restraints, cutting of restraint, feeding and pictures being taken of injuries, and removal of restraints be allowed to be viewed and listened to by a person of trustworthyness i.e. court reporter, Notary Public, Magistrate or anyone with no ties to the Dept. of Correction or Plaintiff with no special interest in this matter be appointed to document under oath what it is that is seen, heard, and identify if possible as to who is saying it or doing it and report such to all parties involved.

7# Or order the Defendants to schedule a legal visit with the proper accomodations to have a T.V. and VCR available so that the Plaintiff along with the A.A.G. Vacchelli can review such evidence together with a third party who can attest to contents of the video tapes. (i.e. Private Investigator) or Audio copy of audio of video tape made available to Plaintiff. The Plaintiff prays that this Motion be GRANTED.

Respectfully Submitted:

*Eduardo Martinez*
Eduardo Martinez Pro-Se.

## CERTIFICATION

I, Eduardo Martinez the Pro-Se Plaintiff have sent a copy of the following:

Motion Requesting Extension of Time & Pro-Se Motion in Support of Motion to Appoint Counsel or Alternative to Such & Request for Interrogatories

to the Defendants Attorney Robert F. Vacchelli
110 Sherman St
Mackenzie Hall
Hartford, Ct. 06105

on this 23 day of February 200 5
via prison mail

x Eduardo Martinez
Eduardo Martinez #234198
P.O. Box 665
Northern C.I.
Somers, Ct 06071