United States District Court
District of Connecticut

Eduardo Martinez, Pro-Se

Capt. Weir Et. Al.

Docket No.#: 3:00-CV-1140(DJS)(TPS)

Date: March 31, 2005

FILED
2005 APR 11 P 4: 19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION TO COMPEL

The Plaintiff moves Pursuant to Rules 34(b) and 37(a), Fed.R.Civ.P., for an order compelling the Defendants to produce for inspection and copying the documents requested on December 17, 2004.

Respectfully Submitted:

X Eduardo Martinez
Eduardo Martinez (Pro-Se) #234198
P.O. Box 665 / Northern C.I.
Somers, CT. 06071

# CERTIFICATION

I, Eduardo Martinez, certify that on April 6, 2005 I sent the Defendants Counsel:

    A.A.G. Robert Vacchelli
    110 Sherman St
    Hartford, CT 06105

A copy of Motion to Compel
Affidavit In Support of Motion to Compel
Brief in Support of Motion to Compel

    _Eduardo Martinez_  4-6-05
    Eduardo Martinez
    #234198
    P.O. Box 665 / Northern C.I.
    Somers, CT 06071