UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |  |
| CAPT. KIM WEIR, ET AL. | : | APRIL 22, 2005 |

**MOTION FOR EXTENSION OF TIME**

The defendants, Capt. Kim Weir, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request an extension of time, to and including May 27, 2005, within which to respond to plaintiff's Motion to Compel dated March 31, 2005, in the above case.

The additional time is needed because briefing schedules, travel schedules, and trial preparation in other cases have delayed work on the response and the undersigned will be unavailable to complete it within the original time limit. This is defendants' first request with respect to this time limitation. Plaintiff is a pro se inmate.

Wherefore, the defendants request an extension of time, to and including May 27, 2005, within which to respond to plaintiff's Motion to Compel, in the above captioned case.

**ORAL ARGUMENT NOT REQUESTED**

          DEFENDANTS
Capt. Kim Weir, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____/s/_____
     Robert F. Vacchelli
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT  06105
     Tel.:  (860) 808-5450
     Fax:  (860) 808-5591
     E-Mail:  robert.vacchelli@po.state.ct.us
     Federal Bar #ct05222


## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of April, 2005:

    Eduardo Martinez, No. 234198
    Northern Correctional Institution
    287 Bilton Road
    P.O. Box 665
    Somers, CT   06071


        _____/s/_____
        Robert F. Vacchelli
        Assistant Attorney General