United States District Court
District of Connecticut

FILED
MAY -2 P 5:21
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Eduardo Martinez, Pro-Se

v.

Capt. Kim Weir Et. Al

Docket No. #: 3:00-CV-1140 (DJS)(TPS)

Date: April 25, 2005

## MOTION-NOTICE FOR LEAVE TO FILE AN AMENDED COMPLAINT

1st The plaintiff having just reviewed the video tape regarding this case on April 2, 2005 wishes to amend his complaint.

2nd This is the plaintiff's 2nd Amended Complaint the 1st was a court order by this District Court.

3rd This Amended Complaint set's out facts not in the last Amended Complaint

4th The plaintiff respectfully requests that this Motion-Notice be GRANTED.

Respectfully Submitted:
x _Eduardo Martinez_
Eduardo Martinez Pro-Se
P.O. Box 665 / Northern C.I.
Somers, Ct. 06071

# CERTIFICATION

I, Eduardo Martinez, certify that on this 25th day of April, 2005 I have mailed a copy of: Amended Complaint

Motion-Notice for Leave to file an Amended Complaint

To the defendants Attorney: A.A.G. Robert F. Vacchelli
110 Sherman Street
Hartford, Ct. 06105

x _Eduardo Martinez_   4/25/05
Eduardo Martinez Pro-Se
P.o. Box 665 / Northern C.I.
Somers, Ct. 06071