UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |  |
| CAPT. KIM WEIR, ET AL. | : | MAY 9, 2005 |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

By Motion for Leave to File an Amended Complaint dated April 25, 2005, the plaintiff, pro se inmate, asks the court for permission to file another Amended Complaint in the above case. We urge the court to deny the request.

The existing Amended Complaint in this case is dated June 10, 2004. The proposed Amended Complaint adds nothing to the litigation, other than some restatements of the same information, and the addition of minute, insignificant detail to the same, basic complaints contained in the 2004 complaint. The only completely new information is a recount of a conversation with a Lt. Burrios in paras. 41-43. Lt. Burrios is not a defendant, and there is no significance to the content of the conversation.

The liberal rules of federal procedure provide that leave to amend should be feely granted when justice so requires. Rule 15(a), F.R.Civ.P.; Forman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962). However, the court has discretion in deciding whether or not to grant leave to amend. Azurite Corp. v. Amster & Co., 52 F.3d 15, 19 (2nd Cir. 1995). Undue delay or prejudice to the opposing party are also grounds for denial. Forman v. Davis, supra at 182.

Where a proposed amended complaint adds no new significant facts, its should be denied.  See, e.g., Browdy v. Karpe, 3:00CV1886(CFD)(WIG) (Ruling, March 17, 2004), Attachment A.

In the instant case, no new significant facts are added.  The new detail will serve only to require defendants to go back and investigate minute details of activities or statements of the plaintiff which occurred in 1999, over five years ago now.  The defendants first received the complaint in this case in 2004.  The great lapse of time prejudices the defendants in their ability to retrieve such information.

Accordingly, we urge the court to deny the plaintiff's motion.

        DEFENDANTS
        Capt. Kim Weir, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____/s/_____
     Robert F. Vacchelli
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT  06105
     Tel.:  (860) 808-5450
     Fax:  (860) 808-5591
     E-Mail:  robert.vacchelli@po.state.ct.us
     Federal Bar #ct05222

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of May, 2005:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT   06071

                                                                                                         /s/_____
                                                                                                          Robert F. Vacchelli
                                                                                                          Assistant Attorney General