United States District Court
District of Connecticut

JUN - 3 2005

Eduardo Martinez
v.
Capt. Weir Et. Al.

Civil No. #: 3:00-1140 (AVC) (HBF)

May 16, 2005

FILED
2005 JUN -3 P 4: 23
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## ADDENDUM TO MOTION TO COMPEL

The Plaintiff makes this Addendum to his pending "Motion to Compel" to add a issue regarding discovery in the above captioned case. Pursuant to Rules 34(b) & 37(a), Fed. R. Civ. P., the Plaintiff requests that the Defendants be ordered to respond to his request for Interrogatories & Production of Documents initially filed on or about December 29, 2004 with A.A.G. Vacchelli. Please see attached Affidavit In Support of Addendum.

Respectfully Submitted:

x Eduardo Martinez
Eduardo Martinez Pro-Se
#234198 / Northern C.I. / P.O. Box 665
Somers, Ct. 06071

## CERTIFICATION

I, Eduardo Martinez certify that on this 31st day of May 2005 I mailed out a: 1. Addendum to Motion to Compel & 2. Affidavit In Support of Addendum to Motion to Compel.

to: J.J.G. Vacchelli
110 Sherman St.
Hartford, CT 06105

x Eduardo Martinez
Eduardo Martinez, Pro-Se
#234198  P.O. Box 665 / Northern C.I.
Somers, CT - 06071