United States District Court
District of Connecticut

JUN - 3 2005

Eduardo Martinez, Pro-Se          Civil No#: 3:00:1140(AVC)(HBF)   **FILED**
        v.
Capt. Weir Et. Al.                 May 16, 2005                    2005 JUN -3 P 4: 23

                                                                   U.S. DISTRICT COURT
                                                                   BRIDGEPORT, CONN.

## AFFIDAVIT IN SUPPORT OF ADDENDUM TO MOTION TO COMPEL

The Pro-Se Plaintiff Eduardo Martinez has issued a "Request for Interrogatories + Production of Documents" to Defendants via A.A.G. Vacchelli on December 29, 2004 (see attached A.1) to be responded to within 30 days. On or about January 25, 2005 A.A.G. Vacchelli asked for an "Extension of time" to respond to such Interrogatories + Production of Documents (see attachment B.1) up until February 28, 2005. The Plaintiff didn't object. On March 10, 2005 the Plaintiff was sent yet another "Extension of Time Motion" by A.A.G. Vacchelli which technically was the 3rd regarding the Interrogatories + Production of Documents to be responded to by April 18, 2005 (see attachment C.1). On April 7, 2005 after the Plaintiff wrote the A.A.G. Vacchelli after reviewing the edited version of the video tapes regarding the above captioned case + him not responding to the Interrogatories as of that date + other vital discovery issues (see attachment D.1). A.A.G. Vacchelli is still yet to respond to that correspondence.

These Interrogatories are a vital part of discovery + the Plaintiff requests that the Defendants be "compelled" to comply in full.

Eduardo Martinez, being duly sworn states that the above mentioned is fact

x Eduardo Martinez 1/05
Eduardo Martinez (Pro-Se) #234196
P.O. Box 665 / Northern C.I.
Somers, Ct 06071
Date: 05/23/05

County: Tolland
State: CT

Notary: [signature]

MARK R. SUSE
NOTARY PUBLIC
MY COMMISSION EXPIRES 03/31/2007

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDUARDO MARTINEZ | PRISONER<br>: CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |
| CAPT. KIM WEIR, ET AL. | : JANUARY 25, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendants, Capt. Kim Weir, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request an extension of time, to and including February 28, 2005, within which to respond to plaintiff's Interrogatories and Request for Production dated December 29, 2004, in the above captioned case, addressed to the defendants Weir, Madden, DeRota, Corl and Thibodeau.

The additional time is needed because plaintiff has issued, cumulatively, 72 Interrogatories, and counsel is still in the process of communicating with the defendants and collecting information necessary for the responses. This is defendants' first request with respect to this time limitation. Plaintiff is a pro se inmate.

Wherefore, the defendants request an extension of time, to and including February 28, 2005, within which to file a response to plaintiff's Interrogatories and Requests for Production dated December 29, 2004, in the above captioned case.

**ORAL ARGUMENT NOT REQUESTED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDUARDO MARTINEZ | PRISONER<br>: CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |
| CAPT. KIM WEIR, ET AL. | : MARCH 10, 2005 |

### MOTION FOR EXTENSION OF TIME

The defendants, Capt. Kim Weir, et al., by and through their undersigned counsel and pursuant to Rule 7(b), Local Rules of the United States District Court, respectfully request a 30 day extension of time, to and including April 18, 2005, within which to respond to plaintiff's Interrogatories and Request for Production dated February 13, 2005, and Requests for Admissions dated February 17, 2005 in the above captioned case, addressed to the defendants Weir, Madden, DeRota, Corl and Thibodeau.

The additional time is needed because plaintiff has issued more Interrogatories and Requests for Production, and, cumulatively, 88 Requests for Admission, and counsel is still in the process of communicating with the defendants and collecting information necessary for the responses. This is defendants' first request with respect to this time limitation. Plaintiff is a pro se inmate.

Wherefore, the defendants request a 30 day extension of time, to and including April 18, 2005, within which to file a response to plaintiff's Interrogatories and Requests for Production and Requests for Admissions, in the above captioned case.

DEFENDANTS
Capt. Kim Weir, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *(signature)*
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: robert.vacchelli@po.state.ct.us
Federal Bar #ct05222

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of March, 2005:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

*(signature)*
Robert F. Vacchelli
Assistant Attorney General

2

Eduarda Martinez v. Capt. Weir Et. All

to: A.A.G. Vacchelli, Robert F.
From: Eduarda Martinez, Plaintiff (Pro-Se)
Date: 7-7-2005

Mr. Vacchelli,

I'm writing you in regards to the above case. I have reviewed the video tapes today concerning the 10-28-1999 cell extraction. Such confirmed vital parts of my claims & show that the Defendants have been lying under oath in responding to the Admissions.

I've yet to recieve the "Interrogatories" which I hope to do so in the very near future.

Also Capt. Weir continues to stand by <u>she didn't order/authorize the use of 4-point restraints or the cell extraction well who did? If she did not, she has knowledge of who did.</u> I'm very confident that she did but is not trying to "man-up" to it. She amended her response to Interrogatory #6 saying she was present for parts of it then <u>where is her "Use of Force Report" that she was "supposed" to file according to I.D. 6.6 Reporting of Incidents.</u> She was also "supposed" to document her opinion of "the use of force" other than just signing according to "I.D. 6.6. Reporting of Incidents," which she didn't do. I can go on pointing out discrepencies but I'm not.

Please respond to the under lined as soon as possible. Thanks for your time & your co-operation.

Respectfully,
Eduardo Martinez (Eduarda Martinez)