UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : | |
| CAPT. KIM WEIR, ET AL. | : | JUNE 6, 2005 |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S ADDENDUM TO MOTION TO COMPEL

By pleading titled Addendum To Motion to Compel dated May 16, 2005, the plaintiff, pro se inmate, asks the court to order the defendants to respond to his Interrogatories and Requests for Production dated December 29, 2004 addressed to the defendants Weir, Madden, DeRota, Corl and Thibodeau.

We urge the court to deny the request as moot or without merit. Defendants served plaintiff with their responses in February and March, 2005, within the time limits that defendants had requested in their Motions for Extension of Time filed in Docket Nos. 31 and 37. A copy of the discovery responses showing certificates of service are attached in Exhibit A. If plaintiff claims he did not receive them in February and March, he is herewith provided with another set in Exhibit A. Thus, his motion is moot. If plaintiff is asking the court to overrule the objections listed in the responses, we urge the court to deny the request as each objection was timely and appropriately raised and plaintiff provides no specific argument as to why each should be overruled.

Wherefore, we urge the court to deny the motion as moot or without merit.

                                      DEFENDANTS
                                      Capt. Kim Weir, et al.

                                      RICHARD BLUMENTHAL
                                      ATTORNEY GENERAL

BY: _____/s/_____
        Robert F. Vacchelli
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Tel.:  (860) 808-5450
        Fax:  (860) 808-5591
        E-Mail:  robert.vacchelli@po.state.ct.us
        Federal Bar #ct05222

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of June, 2005:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT   06071

                                        _____/s/_____
                                            Robert F. Vacchelli
                                            Assistant Attorney General