**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : |  |
| CAPT. KIM WEIR, ET AL. | : | JUNE 6, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, Capt. Kim Weir, et al., have manually filed the following documents:

- **Exhibit A** – Memorandum in Opposition to Plaintiff's Addendum to Motion to Compel

These documents have not been filed electronically because

[ ]  the documents cannot be converted to an electronic format
[X]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                        DEFENDANTS
                        Capt. Kim Weir, et al.

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

BY: _____/s/_____
      Robert F. Vacchelli
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Tel.:  (860) 808-5450
      Fax:  (860) 808-5591
      E-Mail:  robert.vacchelli@po.state.ct.us
      Federal Bar #ct05222

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of June, 2005:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT   06071


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General