## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | PRISONER | |
| EDUARDO MARTINEZ | : | CIVIL NO. 3:00CV1140 (DJS)(TPS) |
| V. | : | |
| CAPT. KIM WEIR, ET AL. | : | JULY 7, 2005 |

### MOTION FOR MODIFICATION OF SCHEDULING ORDER

The defendants, Capt. Kim Weir, et al., by and through their undersigned counsel, respectfully request that the Scheduling Order in the above case be modified to permit the defendants an additional 60 days, to and including September 16, 2005, within which to file a Motion for Summary Judgment in the above case.

The additional time is needed because briefing schedules, trials, and trial preparation in other cases have delayed work on this case and counsel will be unable to complete work within the original time limit.  This is defendants' first request with respect to this time limitation. Plaintiff is a pro se inmate.

Wherefore, the defendants request a modification of the Scheduling Order, to and including September 16, 2005, within which to file a Motion for Summary Judgment in the above captioned case.

**ORAL ARGUMENT NOT REQUESTED**

DEFENDANTS
Capt. Kim Weir, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  robert.vacchelli@po.state.ct.us
Federal Bar #ct05222


## **CERTIFICATION**


I hereby certify that a copy of the foregoing was mailed to the following on this 7th day

of July, 2005:

Eduardo Martinez, No. 234198
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT   06071


_____/s/_____
Robert F. Vacchelli
Assistant Attorney General