UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140(DJS) |
| v. | : |  |
| CAPTAIN WEIR, ET AL. | : | AUGUST 30, 2005 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, Captain Weir, et al., by and through their undersigned counsel and pursuant to Rule 56, F.R.Civ.P., respectfully move the Court to render summary judgment in their favor for the reason there is no genuine issue as to any material fact and the defendants are entitled to judgment as a matter of law because:

1. The Eleventh Amendment bars this action against the defendants in their official capacity.

2. The State is not a "person" subject to liability under 42 U.S.C. § 1983.

3. The plaintiff has failed to exhaust his prison administrative remedies required by the Prisoner Litigation Reform Act.

4. The Amended Complaint fails to state a claim upon which relief can be granted.

5. The defendants are protected by their qualified immunity.

6. The Court should decline to accept jurisdiction over any state law claim in this case.

**ORAL ARGUMENT NOT REQUESTED**

        DEFENDANTS
Captain Weir, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of August, 2005:

Eduardo Martinez #234198
Northern Correctional Institution
287 Bilton Road
Somers, CT 06071

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General

2