UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| EDUARDO MARTINEZ | : | PRISONER<br>CIVIL NO. 3:00CV1140(DJS) |
| v. | : |  |
| CAPTAIN WEIR, ET AL. | : | AUGUST 30, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, Captain Weir, et al., have manually filed the following documents:

- **Exhibits A through J** - Defendants' Local Rule 56(a)(1) Statement

These documents have not been filed electronically because

[ X ]  the documents cannot be converted to an electronic format
[ X ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS
Captain Weir, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of August, 2005:

Eduardo Martinez #234198
Northern Correctional Institution
287 Bilton Road
Somers, CT 06071

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General