United States District Court
District of Connecticut

FILED
2005 SEP 22 P 4:02
U.S. DISTRICT COURT
BRIDGEPORT, CT

Eduardo Martinez

v.

Capt. Weir Et.Al.

Civil No. #: 3:00 CV 1140

Date: September 13, 2005

## MOTION FOR EXTENSION OF TIME

1* The Plaintiff in the above captioned case respectfully requests a Motion for Extension of Time to respond to the defendants Motion for Summary Judgement

2* The Plaintiff a pro-se litigant has very restricted + limited access to case law in which to prepare his Memorandum of Law to counter the defendants Motion.

3* Because the aforementioned reason the Plaintiff has to depend on an outside entity to assist him in obtaining case law to then prepare his Motion

4* Unfortunately this is a lengthly process + therefor the Plaintiff asks that a time period of 90 (ninety) days be GRANTED for him to respond to the defendants Motion for Summary Judgement

Respectfully Submitted:
x *Eduardo Martinez*
Eduardo Martinez Pro-Se

# CERTIFICATION

On this 15 day of September, 2005 I Eduardo Martinez sent the defendants' counsel:

A.A.G. Robert Vacchelli
110 Sherman St
Hartford, CT 0105

a copy of the following: Motion for Extention of time

via the prison mail system.

x Eduardo Martinez
Eduardo Martinez #234198
P.O. Box 665 / N.C.I.
Somers, CT. 06071