United States District Court
District of Connecticut

Eduardo Martinez, Pro-Se

Docket No. #: CV:00.1140.(DJS)

v.

Capt. Weir Et. Al.

FILED
2005 DEC -6 P 2:13
U.S. DISTRICT COURT
BRIDGEPORT, CONN

November 29. 2005

## MOTION FOR CONTINUANCE

The Pro Se Plaintiff in the above captioned case is respectfully asking for another continuance to respond to the Defendants' "Motion for Summary Judgement".

The Pro-Se Plaintiff who is incarcerated at a level (5) five Super Max facility has no access to a law library to research or read case law, & thus has to get assistance from outside of the facility. (1) The Inmates' Legal Assistance Program Attorney who has agreed to assist the Plaintiff in obtaining case law & necessary materials is currently out due to personal reasons & issues in her life & will be unavailable to assist the Plaintiff until mid to late January, 2006. Therefore the Plaintiff respectfully asks for another continuance until April 15. 2006 to respond to the Defendants motion. This would allow the Plaintiff to respond effectively without being prejudiced.

Respectfully Submitted:

x _Eduardo Martinez_ 11-30-05
Eduardo Martinez Pro-Se
#334198 P.O. Box 665 N.C.I.
Somers, CT. 06071

Exhibit (1)

# CONNECTICUT DEPARTMENT OF CORRECTION
## NORTHERN CORRECTIONAL INSTITUTION

## LEGAL PHONE CALLS

### REQUESTED BY INMATE

DATE: 11/13/05

HOUSING UNIT: 2 EAST        CELL#: 228

INMATE NAME AND NUMBER: Ed. Martinez 234198

Jessica York #.L.A.P        860.246.1118
ATTORNEY AND/OR LAW FIRM AND TELEPHONE NUMBER

ON  Thurs.        11/17/05        9:30
    DAY            DATE            TIME

☐ CALL COMPLETED  _____   _____
                    DATE              TIME

☐ CALL *NOT* COMPLETED  _____   _____
                          DATE              TIME

CTO Lombardo            11-15-05
STAFF SIGNATURE         DATE

Your attorney will not be available for a few weeks - ILAP suggests that you contact them by mail at this time.

## CERTIFICATION

I Eduardo Martinez certify that on this 30th day of November, 2005 I sent this Motion for Continuance to the Defendants Counsel: A.A.G Robert Vacchelli
110 Sherman St
Hartford Ct 06105

Respectfully;
x _Eduardo Martinez_ 11-30-05
Eduardo Martinez #134198
P.o. Box 665 R.C.I.
Somers, Ct 06071