p. 1#

MAR 2 1 2006

United States District Court
District of Connecticut

Eduardo Martinez                : Docket No.#: 3:00:CV1140 (TRS)
        v.
Capt. Weir Et. Al.              : Date: March 17, 2006

## PLAINTIFF'S STATEMENT OF DISPUTED FACTS

Defendants have moved for Summary Judgement on the Plaintiff's claims concerning excessive force & deliberate indifference. Pursuant to the local Rules of this Court, the Plaintiff submits the following list of genuine issues of material fact that require the denial of the Defendants' Motion.

1.) Whether the Plaintiff was maliciously covering his cell window & attempting to flood his cell.

2.) Whether the Plaintiff refused any direct order given to him prior to the use of force.

3.) Whether the Plaintiff offered any resistance or disobedience to those Defendants at any time October 28, 1999.

4.) Whether the force utilized by the Defendants against the Plaintiff was applied in a good faith effort to maintain or restore discipline or maliciously & sadistically to cause harm.

5.) Whether the Plaintiff's injuries resulted by acts committed by the Defendants or not.

Respectfully Submitted:

x _Eduardo Martinez_
Eduardo Martinez #234198
P.o. Box 665 Northern C.I.

# CERTIFICATION

I, Eduardo Martinez, certify that on this 27th day of March 2006 I sent a copy of 1# Plaintiff's Statement of Disputed Facts 2# Declaration in Opposition to Defendants Motion for Summary Judgement 3# Brief in Opposition to Defendants Summary Judgement Motion to: J.A.G. Robert F. Vacchelli
110 Sherman St.
Hartford, Ct. 06105

x _Eduardo Martinez_
Eduardo Martinez #234198
P.O. Box 665 / Northern C.I.
Somers, Ct. 06071

for All 3 Motions

2nd Certification Sent

1st was 3.17.06