p-1st

MAR 2 1 2006

United States District Court
District of Connecticut

FILED
2006 MAR 30
U.S. DISTRICT COURT

Eduardo Martinez  :  Docket #: 3:00:1140 (RTS)(HBS)
       v.
Capt. Weir Et.Al.  :  Date: March 17, 2006

---

## DECLARATION IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT

Eduardo Martinez declares under penalty of perjury:

1) I am the Plaintiff in the above entitled case. I make this declaration in opposition to the Defendants motion for Summary Judgement on my claims concerning the use of excessive force & deliberate indifference against me by Defendants Capt. Weir, Lt. Nadden, C/O De Rosa, C/O Thibodeau, & C/O Carl.

2) The Defendants' affidavits claim, in summary, that the use of 4 point restraints & a cell extraction team was because the Plaintiff was a threat to himself, staff & others as well as the facility by means of attempting to flood the cell's toilet, covering the window to prevent visual observation of the cell (at 1:50pm) & scraping the dayroom doors & spitting on the windows (at 10:05am). That they don't know how the Plaintiff sustained his facial injuries but they were not the cause. Also that they did not have any idea that the handcuff was inoperable.

p.2#

3) The Defendants are not entitled to summary judgement there are genuine issue's of material fact to be resolved. These issue's are identified in the accompanying Statement of Disputed Factual Issue's filed by the Plaintiff pursuant to Local Rules of this District Court. The facts are set out in this Declaration.

4#) On October 28, 1999, I was locked in my cell from recreation at 10:05 am for scraping the dayroom door & spitting on the windows, without further issue.

5#) On October 28, 1999, at about 1:30 pm this Plaintiff was defecating with a warrens courtesy sign on the cell window that left enough space so as to the inside of the cell was still visible, & also flushing the toilet so that the smell would not linger as I defecated.

6#) The Unit Officer C/O Roberts shut the unit water off & called the Defendant Capt. Weir at about 1:50 pm. This officer then came to the Plaintiff's cell & asked the Plaintiff what he was doing & to immediately uncover the cell window. My response was I had to clean myself because I was defecating before I could get up to uncover the window, which after cleaning myself I did.

7#) At about 2:00 pm Capt. Weir did a unit tour from cell to cell & came to the Plaintiff's cell & had the door opened & came in to inspect the cell which had no signs of destruction, water on the floor or anything that would lead to disciplinary action.

At this time the Plaintiff asked could his water be turned back on. Her response was maybe & my response was "you're a dumb bitch" which up-set Capt. Weir & she slammed the door & left.

8#) At about 3:00pm the Defendant's Lt. Madden, C/o De Rota, C/o Thibedeau, C/o Carl & Capt. Weir came into the unit as a cell extraction team. No intervention other than that mentioned in paragraph (7#) was used & no direct order's were given that were not complied with.

9#) Defendant Lt Madden ordered me to be handcuffed behind the back at which time I complied & was also told to go face the back wall which I also complied. Then Lt. Madden instructed C/o De Rota to use the shield to pin the Plaintiff up against the back wall, along with C/o Thibedeau & C/o Carl along with Capt. Weir present.

10#) Upon Lt. Madden opening the cell door he allowed C/o De Rota C/o Thibedeau & C/o Carl to run in the cell & smash the Plaintiff's face against the back wall with the shield causing a cut & bump/knot on the bridge of the Plaintiff's nose as well as dizzyness.

11#) The Plaintiff was then strip searched & placed on the bunk & placed into 4 point restraints. At this time while the leg straps were being put on the Plaintiff was complaining about his nose bleeding & the Nurse was whipping the blood from my nose &

trying minimize the knot on my nose & the cut on the bridge of my nose. I's also complained about the tightness of the leg straps.

12) The cell extraction team C/o DeRota, C/o Thibedeau, C/o Carl, Lt. Madden, & others along with Capt. Weir left the cell.

13) The Plaintiff at about 3:35pm kept wiggling his legs until the straps came loose & then the cell extraction team Lt. Madden, C/o DeRota C/o Thibedeau, C/o Carl others & Capt. Weir came back in the cell & applied hard restraints to all (4) extremities. The right handcuff was deemed too tight by the nurse & when C/o Thibedeau shed put the cuff key inside the cuff it got stuck & eventually C/o Thibedeau broke the handcuff key off inside the key hole, & tightened the restraint to the maximum & the all left the cell after it was brought to Lt. Madden's attention. Just prior, C/o Carl was standing on the Plaintiff's right hand while it was half off the bunk even after the Plaintiff complained he continued. Then they exited the cell.

14) At about 4:25pm Lt. Burrios was checking the restraints after I complained about the tightness & C/o Thibedeau breaking off the handcuff key inside the restraint. He left without rectifying anything.

15) At about 5:02pm when Capt. Cusimano came in the cell to relieve the Plaintiff so he could eat when the Capt. was told the cuff key was broken off in the cuff after Capt. Cusimano could not place

p.5*

the handcuff key inside the cuff. He then left the cell to go get the bolt cutters to cut off the restraint.

16#) About (20) minutes later the Capt. Cusimano came back with the bolt cutters & it took him about 10 minutes to cut the restraint off my wrist & in the process he cut/scraped me with the restraint cutter by mistake. I ate & was re-restrained to the bunk. Pictures taken of my face & wrist.

17#) At 6:56pm I was allowed to use the bathroom the released from 4 point restraints. Was seen by Medical told Nurse Bernard my head hurt from having face smashed into wall.

18#) Contrary to the Defendants affidavits I was not attempting to flood the toilet, without that false allegation there wouldn't had been no use of force. I was not a threat to myself, others, staff or state property. I was vindicated of being accused of attempting to flood & maliciously cover my cell window. There was never a order given I did not comply with.

19#) The foregoing factual allegations create a genuine issue of material fact & will, if proved at trial, entitle me to judgement.

x *Eduardo Martinez*
Eduardo Martinez #234198
Northern C.I. P.o Box 665
Somers C.I. 06071