UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDUARDO MARTINEZ, PRO-SE : DOCKET: 3:00-CV-1140 (DJS)

v. :

CAPT. WEIR ET.AL. : DECEMBER 1, 2006

## MOTION FOR EXTENSION OF TIME

THE PLAINTIFF REQUESTS FOR A MOTION FOR EXTENSION OF TIME TO FILE "TRIAL BRIEF."

THE PLAINTIFF HAS NO KNOWLEDGE OF HOW TO FILE A TRIAL BRIEF & IS IN THE PROCESS OF TRYING TO OBTAIN A PRO-BONO ATTORNEY TO REPRESENT HIM AT THIS STAGE OF THE CIVIL SUIT.

IN ADDITION TO TRYING TO OBTAIN COUNSEL PRO-BONO STATUS THE PLAINTIFF IS ATTEMPTING TO GET THIS COURT TO APPOINT COUNSEL IN THIS MATTER.

LASTLY IF THE DEFENDANTS WHOM SEEM WILLING TO SETTLE THIS MATTER WITHOUT A TRIAL MAKE A "REASONABLE" SETTLEMENT OFFER WHICH CAN BRING FORTH SOME JUSTICE TO THE PLAINTIFF & BE COST EFFECTIVE TO THE TAX PAYERS OF CONNECTICUT WHO'LL FOOT THE COSTS OF A TRIAL WHICH WILL COST WAY MORE THAN WHAT I'VE REQUESTED THERE WILL BE NO NEED FOR ANY OF THIS.

THEREFORE I REQUEST A 90 DAY MOTION FOR EXTENSION OF TIME TO EXPIRE MARCH 5, 2006.

RESPECTFULLY SUBMITTED:

x /s/ Eduardo Martinez

EDUARDO MARTINEZ  PRO. SE  #234198

966 NORWICH NEW LONDON TPKE.

CORRIGAN C.C.

UNCASVILLE, CT 06382

## CERTIFICATION

I EDUARDO MARTINEZ CERTIFY THAT ON THIS 1st DAY OF DECEMBER 2006 I MAILED A COPY OF THIS MOTION FOR EXTENSION OF TIME TO A.A.G. ROBERT F. VACCHELLI

110 SHERMAN ST.

HARTFORD, CT. 06105