# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

___EDUARDO MARTINEZ___
Name of Plaintiff/Petitioner

v.

Case No. _3:00CV1140(DJS)_

___CHMT. WEIR ET. AL.___
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA

1. Your full name: ___EDUARDO MARTINEZ___

   Your present mailing address: ___966 NORWICH-NEW LONDON TPKE___
   ___CORRIGAN C.C., UNCASVILLE___

   Telephone number: (   ) ___N-A___

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____
   ___N-A___

   Weekly earnings: ___N-A___

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. ___2001 - ▬▬▬ VIRGINIA D.O.C.___

Date last worked: _FEB 2001_

Weekly earnings: _25¢ an hour_

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? _N-A_

   b) interest, dividends, rents or investments of any kind? _N-A_

   c) gifts or inheritances of any kind? _about $300.00_

6. How much money do you have in any checking or savings account(s)?

   Checking: _~~illegible~~_

   Savings: _____

   Prison account: _.10¢_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

   If YES, describe the property and state the approximate value:

   _N-A_

8. How much money do you owe others? _0.00_

   For each debt, state the name of the creditor and the amount owed:
   CREDITOR                                              AMOUNT OWED

   _N/A_                                                 _N/A_

2

9. List the persons who depend upon you for support, and state your relationship to them.

N/A

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ✓

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: N/A

Employer:

Weekly Earnings:

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney.

I HAVE BEEN INCARCERATED SINCE OCTOBER 21 1994 (CONSECUTIVELY) DONT HAVE ANY RELATIVES THAT CAN AFFORD SUCH COSTS.

### NATURE OF YOUR CLAIM.

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition.

EXCESSIVE FORCE WHICH WITH-STOOD THE DEFENDANTS

3

(Additional space on next page)

SUMMARY JUDGEMENT MOTION ON THOSE GROUNDS AS WELL AS OTHER'S.

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO ___

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name ERSKINE MC INTOSH

Date you contacted this attorney OCTOBER 31, 2006 & NOV 2, 2006 & NOV 13, 2

Method of contact (in person, by telephone, etc.) LETTER VIA PRISON MAIL & ATTEMPTED BY PHONE

Reason why attorney was not employed to handle your case
DID NOT GET ANY RESPONSE TO LETTER OR VOICE MESSAGE & I CANT AFFORD RETAINER FEE

b) Attorney's name JOHN R. WILLIAMS

Date you contacted this attorney OCTOBER 31, 2006

Method of contact (in person, by telephone, etc.) VIA PRISON MAIL / LETTER

Reason why attorney was not employed to handle your case
DID NOT RESPOND TO MY LETTER & I CANT AFFORD RETAINER FEE

4

c) Attorney's name ___WIGGINS & DANA___

Date you contacted this attorney ___OCTOBER 31, 2006___

Method of contact (in person, by telephone, etc.) ___LETTER VIA PRISON MAIL___

Reason why attorney was not employed to handle your case ___DID NOT RESPOND TO MY LETTER & I CAN'T AFFORD ANY RETAINER FEE.___

15. Explain any other efforts you have made to obtain an attorney to handle your case.
___I'VE WRITTEN TO INMATES' LEGAL ASSISTANCE PROGRAM CANNOT REPRESENT NO INMATE IN COURT OR COURT PROCEEDINGS.___

16. Please provide any other information which supports your application for the court to appoint counsel. ___I DON'T KNOW ANYTHING NOR DO I HAVE ACCESS TO ANY MATERIAL TO SHOW ME HOW TO FILE A TRIAL BRIEF. I DON'T EVEN HAVE A CLUE & THIS IS UNCHARTERED TERRITORY FOR MANY PRO SE LITIGANTS. I NEED TO HAVE SOMEONE EXPLAIN TO ME IN LAYMAN'S TERMS WHAT MOST LEGAL TERMS MEAN.___

17. Do you need a lawyer who speaks a language other than English?
    YES ___    NO ✓

    If you answered YES, what language do you speak? ___N-A___

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

_12/1/2006_
Date

_Charles Martinez_
Original Signature of Movant