UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDUARDO MARTINEZ, PRO-SE           :   DOCKET NO.: 3:00-CV-1140 (DJS)(TPS)
          v.                        :
CAPT. WEIR ET AL                    :   DECEMBER 1, 2006


## SETTLEMENT CONFERENCE MOTION

THE PLAINTIFF EDUARDO MARTINEZ PRO-SE, RESPECTFULLY, REQUESTS THE COURT TO ARRANGE A SETTLEMENT CONFERENCE BETWEEN THE PARTIES IN THE ABOVE CAPTIONED CASE.

THE DEFENDANTS HAVE FILED A SUMMARY JUDGEMENT MOTION IN WHICH THE COURT HAS RULED AGAINST THEM ON VERY IMPORTANT ISSUES. ONE BEING EXCESSIVE USE OF FORCE.

THE PLAINTIFF BELIEVES THE CASE CAN BE SETTLED AT A CONFERENCE, IN THE INTEREST OF JUDICIAL ECONOMICS. THE PLAINTIFF CAN SHOW THERE IS NO NEED FOR A TRIAL.

RESPECTFULLY SUBMITTED:

_Eduardo Martinez_
EDUARDO MARTINEZ, PRO-SE #054198
926 NORWICH-NEW LONDON TPKE.
UNCASVILLE, CT 06382

# CERTIFICATION

I, EDUARDO MARTINEZ CERTIFY THAT ON THIS 1st DAY OF DECEMBER, 2006 I MAILED A COPY OF THE "MOTION FOR APPOINTMENT OF COUNSEL" & "SETTLEMENT CONFERENCE MOTION" TO:

        A.A.G. ROBERT F. VACCHELLI
        110 SHERMAN ST
        HARTFORD, CT. 06105

VIA THE FACILITIES MAIL-ROOM.

        SWORN ON THIS 1st DAY OF DECEMBER, 2006

        _Eduardo Martinez_
        EDUARDO MARTINEZ PRO SE #134198
        986 NORWICH-NEW LONDON TPKE.
        UNCASVILLE, CT. 06382