UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**EDUARDO MARTINEZ,**
    **Plaintiff,**

**V.**                                  CIV. NO. 3:00cv01140(DJS)

**WIER ET AL.,**
    **Defendants.**

## WRIT OF HABEAS CORPUS

**TO THE COMMISSIONER OF CORRECTION OF THE STATE OF CONNECTICUT, OR HIS DEPUTY, GREETING:**

By authority of the United States of America, you are hereby commanded to bring **Eduardo Martinez**, inmate no. 234198, who is now confined at Corrigan Correctional Institution, 988 Norwich-New London Turnpike, Uncasville, CT 06382, before the United States District Court for the District of Connecticut, at 450 Main Street, Hartford, Connecticut, on the 6th day of February, 2007, at 10:00 a.m., to participate in a settlement conference in a civil matter pending before this court.

**Dated at Hartford, Connecticut, this _____ day of November, 2006.**

                              **BY ORDER OF THE COURT**

                              **THOMAS P. SMITH**
                              **UNITED STATES MAGISTRATE JUDGE**