# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### (Hartford)

**APPEARANCE**

EDWARDO MARTINEZ,
               **The Plaintiff**

      V.

CAPTAIN WEIR, et al,
               **The Defendants**

**CASE No.:  3:00 CV 1140 (DJS)**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for: **_MR. EDWARDO MARTINEZ_**

**January 19, 2007**
Date

Signature

**Ct 09743**
Federal Bar Number

**Atty. Erskine D. McIntosh**
Counsel

**203-787-9994**
Telephone Number

**The Law Offices of Erskine D. McIntosh, P.C.**
Address

**3129 Whitney Avenue, 2nd Floor**

**Hamden, CT 06518-2364**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Signature

17-1 APPEARANCE