UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| EDWARDO MARTINEZ, : | |
| The Plaintiff: : | |
| V. : | CASE No.: 3:00 CV 1140 (DJS) |
| : | |
| CAPTAIN WEIR, et al, : | |
| The Defendants : | January 19, 2007 |

### NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following,

1. APPEARANCE

because:

☒ The document(s) cannot be converted to an electronic format
☐ The electronic file size of the document exceeds 1.5 megabytes
☐ The documents or thing are filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff / Defendant is excused from filing this document or thing by court order.

The documents have been manually served on all parties.

RESPECTFULLY SUBMITTED,

VICTOR SANCHEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. MCINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. MICINTOSH
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

19 Motion-Notice of manual filing-Martinez