UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | | |
|---|---|---|
| EDUARDO MARTINEZ, | : | |
|     The Plaintiff: | : | CASE No.: 3:00 CV 1140 (DJS) |
| V. | : | |
| CAPTAIN WEIR, et al, | : | |
|     The Defendants | : | January 26, 2007 |

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following,

1. MOTION TO AMEND COMPLAINT
2. PROPOSED AMENDED COMPLAINT

because:

☒ The document(s) cannot be converted to an electronic format
☐ The electronic file size of the document exceeds 1.5 megabytes
☐ The documents or thing are filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff / Defendant is excused from filing this document or thing by court order.

The documents have been manually served on all parties.

RESPECTFULLY SUBMITTED,

EDUARDO MARTINEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. MCINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. MICINTOSH
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994
FAX (203) 848-1213

COUNSEL FOR THE PLAINTIFF