UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| EDUARDO MARTINEZ | \* | 3:00 CV 1140 (DJS) (TPS) |
| | \* | |
| V. | \* | |
| | \* | |
| CAPTAIN KIMBERLY WEIR, ET AL | \* | MARCH 2, 2007 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR RELIEF FROM ORDER OF DISMISSAL

Comes now the Plaintiff pursuant to FRCP 60(b)(6); for an order setting aside the Court's Order of Dismissal filed on February 28, 2007.

The parties are in the midst of exchanging settlement documents in this case. Time will be needed for the parties to properly execute and exchange these documents. Thereafter additional time shall be needed for the undersigned's receipt of the settlement funds as Trustee for Mr. Martinez. Therefore the plaintiff entreats this Court to reopen the aforementioned dismissal and leave this case opened until this Court is in receipt of the parties' joint motion for voluntary dismissal. Both parties' counsel has consulted upon this motion and both support it.

RESPECTFULLY SUBMITTED,

EDUARDO MARTINEZ
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CT 06518-2364
(203) 787-9994
FAX (203) 848-1213

**COUNSEL FOR THE PLAINTIFF**

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this the ___2___ day of March, 2007 to:

Atty. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

                                        ATTY. ERSKINE D. McINTOSH