UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| **EDUARDO MARTINEZ,** : | |
| The Plaintiff: | |
| V. : | CASE No.: 3:00 CV 1140 (DJS) |
| : | |
| **CAPTAIN WEIR, et al,** : | |
| The Defendants : | March 2, 2007 |

### NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following,

1. MOTION FOR RELIEF FROM ORDER OF DISMISSAL

because:

☒ **The document(s) cannot be converted to an electronic format**
☐ The electronic file size of the document exceeds 1.5 megabytes
☐ The documents or thing are filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff / Defendant is excused from filing this document or thing by court order.

The documents have been manually served on all parties.

                         RESPECTFULLY SUBMITTED,

                         EDUARDO MARTINEZ
                         THE PLAINTIFF

BY: _____
                         ATTY. ERSKINE D. MCINTOSH
                         FEDERAL BAR NO. CT 09743
                         THE LAW OFFICES OF ERSKINE D. MICINTOSH
                         3129 WHITNEY AVENUE, SECOND FLOOR
                         HAMDEN, CONN. 06518-2364
                         (203) 787-9994
                         FAX (203) 848-1213

                         COUNSEL FOR THE PLAINTIFF