UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDUARDO MARTINEZ<br>*Plaintiff,* | : CIV. NO. 3:00 CV 1140 (DJS) |
| v. | : |
| CAPTAIN KIM WEIR, ET AL.<br>*Defendants.* | : MARCH 2, 2007 |

### JOINT MOTION TO REOPEN

Pursuant to the court's Orders dated February 27, 2007 (Docket # 72) and February 28, 2007 (Docket # 73), in the above captioned case, the parties hereby request the Court to reopen this case for 30 additional days, to and including April 9, 2007, to permit court action on their forthcoming joint Motion for Order of Dismissal and Stipulated Settlement.

The reason for this request is that the parties negotiated a settlement, subject to approvals, on February 7, 2007. Since then, counsel for the defendant state Correctional Officials has been corresponding with three state agencies by mail, sequentially, as required by my Office, to obtain the approvals necessary. This has taken some time due to time needed for mail delivery of requests and scheduling of necessary meetings of the decision makers, some of whom only meet once per week or later, and due to time needed for mail delivery of responses. The last approval was obtained on February 28, and defendants' counsel sent settlement papers earlier to plaintiff's counsel for delivery today. Plaintiff is an incarcerated inmate, and time will be needed for delivery of the papers and review by plaintiff and his counsel and mail return to defendants' counsel for filing in court. It is expected that the final papers cannot be filed before the March 8 deadline established in Order Docket # 73 due to the length of time necessary for completion of this proc-

ess and due to time needed for mail correspondence across the State. However, it is expected that the material can be filed in court by April 9, 2007 for court action. Court action is necessary to obtain a check for delivery to plaintiff's counsel in accordance with the settlement.

Plaintiff's counsel concurs in this request and asked that defendants' counsel file this on his behalf.

Wherefore, the parties request that the court reopen this case for 30 days, to and including April 9, 2007, to permit court action on their forthcoming joint Motion for Order of Dismissal and Stipulated Judgment.

DEFENDANTS
Captain Kim Weir, et al.

BY: _____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel No. (860) 808-5450
FAX (860) 808-5591
Robert.Vacchelli@po.state.ct.us
Federal Bar No. ct05222

## **CERTIFICATION**

This certifies that the foregoing was mailed this 2nd day of March, 2007, to:

Erskine D. McIntosh, Esq.
The Law Offices of
   Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, CT 06518-2364

_____
Robert F. Vacchelli
Assistant Attorney General