UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDUARDO MARTINEZ<br>    *Plaintiff*, | : | CIV. NO. 3:00 CV 1140 (DJS) |
| | : | |
| v. | : | |
| CAPTAIN KIM WEIR, ET AL.<br>    *Defendants*. | : | MARCH 14, 2007 |

## MOTION TO REOPEN

    Pursuant to the court's Order dated March 5, 2007 (Docket # 76), the defendants, Captain Kim Weir, et al., by and through their undersigned counsel, hereby request the Court to reopen this case, to permit court action on the parties' joint Motion for Order of Dismissal and Stipulated Settlement, filed simultaneously herewith. Plaintiff's counsel concurs in this request and asks that it be granted.

                                            DEFENDANTS
                                            Captain Kim Weir, et al.

                        BY:     /s/
                                      Robert F. Vacchelli
                                      Assistant Attorney General
                                      110 Sherman Street
                                      Hartford, CT 06105
                                      Tel No. (860) 808-5450
                                      FAX (860) 808-5591
                                      Robert.Vacchelli@po.state.ct.us
                                      Federal Bar No. ct05222

## **CERTIFICATION**

This certifies that the foregoing was mailed this 14th day of March, 2007, to:

Erskine D. McIntosh, Esq.
The Law Offices of
    Erskine D. McIntosh, P.C.
3129 Whitney Avenue, Second Floor
Hamden, CT  06518-2364

                                                  _____/s/_____
                                                  Robert F. Vacchelli
                                                  Assistant Attorney General